HARGIS

Core Pleadings

IN FRANKLIN COUNTY COMMON PLEAS COURT, OHIO

**LARRY HARGIS**
3116 NE MAYFLOWER
LAWTON, OK 73507

(CASE NO:. _____)

(JUDGE:_____)

PLAINTIFF

- VS -

CUMMINS, INC.
c/o CORPORATION SERVICE COMPANY, S/A
50 WEST BROAD STREET, SUITE 1330
COLUMBUS, OHIO 43215

COMPLAINT AND JURY DEMAND
(BREACH OF CONTRACT AND
WARRANTIES)

AND

DAIMLER TRUCKS NORTH AMERICA, LLC
c/o CT CORPORATION SYSTEM, S/A
1300 EAST NINTH STREET
CLEVELAND, OHIO 44114

DEFENDANTS

---

## PRELIMINARY STATEMENT

1.  This case is about a 2013 Freightliner Cascadia with engine defects which was
    manufactured, distributed, and warranted by Daimler Trucks North America,
    LLC and Cummins, Inc.

2.  This case involves claims for breach of contract and warranty asserted under the
    Uniform Commercial Code.

## IDENTIFICATION OF PARTIES

3.  Plaintiff is a natural person residing in Oklahoma.

EXHIBIT A

4.  Defendant Cummins, Inc. is an Indiana corporation with its principal place of business in Indiana.

5.  Defendant Daimler Trucks North America, LLC is an Oregon corporation with its principle place of business in Oregon.

## FIRST CLAIM: BREACH OF CONTRACT & WARRANTIES

6.  This case involves the sale of 2013 Freightliner Cascadia truck that has experienced repeated engine conditions and defects since the day that Plaintiff purchased it on May 3, 2013. This motor vehicle cost Plaintiff over $229,850, but its mechanical defects have rendered it unreliable and unfit for the ordinary purpose for which such vehicles are used and for the particular purpose for which it was to be used. In fact, Plaintiff purchased this particular motor vehicle from Fyda Freightliner Columbus, Inc. based on the representations of Defendant Cummins, Inc. and Defendant Daimler Trucks North America, LLC that it was suitable for the his type of work. Plaintiff relies on this motor vehicle for his livelihood which Defendants knew, but because of the serious defects and failed repair attempts, he has been left without the use of this motor vehicle, resulting in lost wages. Moreover, Plaintiff has been required to pay for repairs which should have been covered under the Cummins, Inc. and/or Defendant Daimler Trucks North America, LLC warranty.

6.  This claim is for breach of contract and express and implied warranties by Cummins, Inc. and Defendant Daimler Trucks North America, LLC.

7.  Defendant Cummins, Inc. was, and is, an Indiana corporation with a principal place of business in Indiana, doing business in Ohio and throughout the United

States, and a merchant under the Ohio Commercial Code. Defendant Cummins, Inc. contracted to supply services or goods within the State of Ohio, and derived substantial revenue from the sale of those services or goods.

8.  Defendant Daimler Trucks North America, LLC was, and is, an Oregon corporation with a principal place of business in Oregon, doing business in Ohio and throughout the United States, and a merchant under the Ohio Commercial Code. Defendant Daimler Trucks North America, LLC contracted to supply services or goods within the State of Ohio, and derived substantial revenue from the sale of those services or goods.

8.  Fyda Freightliner Columbus, Inc. was, and is, an Ohio corporation with a principal place of business in Ohio, doing business in Ohio, a merchant under the Ohio Commercial Code, and a franchised and/or authorized Daimler Trucks North America, LLC and Cummins, Inc. dealership and/or representative and/or agent.

9.  On or about May 3, 2013 the parties entered into a written contract for the sale of a 2013 Freightliner Cascadia motor vehicle, Vin # 1FUJGEBG6DLBL7368, in Columbus, Ohio. Plaintiff agreed to purchase the 2013 Freightliner Cascadia from Fyda Freightliner Columbus, Inc., and Fyda Freightliner Columbus, Inc. agreed to sell it to Plaintiff. As part of the deal CH Brown agreed to finance the transaction and Defendants Cummins, Inc. and Daimler Trucks North America, LLC each agreed to warrant the truck to be free from defects and malfunctions and to be fit for its ordinary use.

10. A copy of some of the sales papers is attached as Exhibit 1.

11. A copy of the Cummins, Inc. and Daimler Trucks North America, LLC warranties

in this case are not attached, for the reason that they are in the possession of and available to the Defendants. Plaintiff will produce the warranties upon request, during discovery, and admit the warranties as evidence at trial.

12. A copy of the repair orders for the truck are attached as Exhibit 2.

13. The sales documents were signed in Columbus, Ohio and the motor vehicle was delivered to Plaintiff in Columbus, Ohio, and within the jurisdiction of this Court.

14. The 2013 Freightliner Cascadia was manufactured, and/or distributed, by Defendant Cummins, Inc. and Defendant Daimler Trucks North America, LLC.

15. Plaintiff purchased the motor vehicle in reliance on the representations and/or warranties from Defendants described herein. At the date of sale, Plaintiff believed that the parties making said warranties and/or representations, or their respective authorized and/or franchised dealers or representatives, would honor said warranties in a timely and proper manner.

16. Through its advertising and otherwise, Defendant Daimler Trucks North America, LLC and Defendant Cummins, Inc. each represented that the motor vehicles that it built were fit for the purpose for which they were designed, that they were safe and suitable for their intended designed use, and that they were reliably operable for commercial transportation and use.

17. After purchasing the motor vehicle, Plaintiff discovered that it did not conform to the representations and/or warranties of Defendant Daimler Trucks North America, LLC or Defendant Cummins, Inc. The motor vehicle developed continuing engine related malfunctions, defects, and problems, including, but not limited to: engine warning light illuminates, turbo exhaust leak, loss of power, inoperative fuel gauge, and engine fan stays on all the time. Additional defects

include, but are not limited to: lower trailer lights inoperative, no power to 7 way connection, cab driver seat broken, GI flashes on start, valve/brake adjustment, daytime running light recall, twin air control panel, Thetford control panel, Norcold handle replacement, airbag system malfunctioning, inoperative cigarette lighter, floor lights inoperative, and more.

18. The above conditions of this motor vehicle constitute a breach of Defendant Daimler Trucks North America, LLC and Defendant Cummins, Inc.'s warranties with Plaintiff.

19. Plaintiff purchased the motor vehicle in reliance upon the belief that Defendant Daimler Trucks North America, LLC and Defendant Cummins, Inc. possessed a high degree of manufacturing skill and judgment, and a high degree of skill and judgment in the sale and operation of commercial trucks.

20. Plaintiff provided both Defendant Daimler Trucks North America, LLC and Defendant Cummins, Inc. and/or one or more of Defendants' authorized and/or franchised dealers or representatives and/or agents, with a reasonable number of opportunities to repair the motor vehicle, but Defendants, and/or one or more of Defendants' authorized and/or franchised dealers or representatives, neglected, failed, refused, or otherwise have been unable to do within a reasonable amount of time, or a reasonable number of attempts.

21. As a result of the above facts, Defendant Daimler Trucks North America, LLC and Defendant Cummins, Inc. each breached their respective contracts and expressed and implied warranties to Plaintiff.

22. Defendant Daimler Trucks North America, LLC and Defendant Cummins, Inc. had notice of the breaches, and of the condition of the motor vehicle, within a

reasonable amount of time.

23. The malfunctions and defects in the motor vehicle severely and substantially impaired its value to Plaintiff.

24. Plaintiff suffered, and shall continue to suffer, actual, incidental, and consequential damages as a result of the inability or other failure of Defendant Daimler Trucks North America, LLC and/or Defendant Cummins, Inc. to repair or replace the motor vehicle or refund its price.

25. At the date of the initial transaction, all parties contemplated that Plaintiff would make commercial use of the goods which were the subject of the sale and that if the motor vehicle proved defective and was consequently out of service, then Plaintiff would lose income as a direct and proximate result thereof. Plaintiff has lost income as a result of Defendant Daimler Trucks North America, LLC's and Defendant Cummins, Inc.'s breaches.

**WHEREFORE**, judgment is demanded against the Defendants Daimler Trucks North America, LLC and Cummins, Inc., jointly and severally, as applicable according with the allegations above, hereinafter, as deemed proper and lawful by the Court, as follows:

## PRAYER FOR RELIEF

Actual, and other damages, remedies, and relief as deemed proper and lawful by the Court, and judgment against Defendants in an amount within the jurisdiction of this Court;

Plus on each and every claim, expenses of suit and litigation, interest from the

date the contract was consummated, reasonable attorney fees, and for judgment against the Defendants in an amount to be determined as legal and proper by the Court together with any and all other legal and equitable relief deemed necessary and just, plus all costs, and any and all other legal and equitable relief deemed necessary and just.

    Plaintiff hereby demands trial by jury on all issues and all claims.

                  Respectfully submitted,

www.TruckLemonLaw.com

                  RONALD L. BURDGE    (0015609)
                  ELIZABETH AHERN WELLS   (0078320)
                  Attorneys for Plaintiff
                  2299 Miamisburg-Centerville Road
                  Dayton, Ohio 45459-3817
                  Telephone:  937.432.9500
                  Facsimile:  937.432.9503
                  Email:      Ron@OhioLemonLaw.com
                              Beth@OhioLemonLaw.com

Z:\data\Hargis\Core Complaint 041217 bw.wpd

Case: 2:17-cv-00487-MHW-CMV Doc #: 1-1 Filed: 06/07/17 Page: 8 of 46 PAGEID #: 13
Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047
0D567 - L10

MAY/09/2013/THU 11:47 AM  Fyda Main          FAX No. 1-614-851-0911         P. 003

~~SALES ORDER~~                                                          24270    Page

Purchaser **LARRY G. HARGIS**

Address **2191 MONTAVON Rd**

City **WEST BROOKLYN** State **LL** Zip **61378**

County _____ Phone **610 662-2381**

**FYDA FREIGHTLINER COLUMBUS, INC.**

1250 Walcutt Road
Columbus, Ohio 43228
Phone (614) 851-0002  FAX (614) 851-0011

DATE **5/3/2013**

*FREIGHTLINER*

THE PURCHASER OFFERS TO PURCHASE FROM THE SELLER FOR THE STATED PRICE THE VEHICLE AND/OR EQUIPMENT AS DESCRIBED BELOW:

| QTY | YEAR | MAKE | MODEL | ENGINE | STOCK NO. | SERIAL NO. |
|---|---|---|---|---|---|---|
| 1 | 2013 | FREIGHTLINER | CASCADIA | CUMMINS | 204958 | 1FUJGEB66DLBL736B |

THE MILEAGE ON THE ODOMETER IS _____ AND IS / IS NOT ACCURATE. REFER TO THE FEDERAL MILEAGE STATEMENT FOR FULL DISCLOSURE.

(1) New 2013 FREIGHTLINER CASCADIA TRACTOR WITH 144" ART SLEEPER                    229,850 00

PLAINTIFF'S EXHIBIT

CASH SALE PRICE OF DESCRIBED MOTOR VEHICLE(S)

|  |  |
|---|---|
| GROSS TRADE ALLOWANCE | 63,000 |
| BALANCE OWED TO: | O |
| NET TRADE ALLOWANCE (Equity) | 63,000 |

ALL TRADE-INS ARE SUBJECT TO A PHYSICAL APPRAISAL AT TIME OF DELIVERY AND INSPECTION BY OUR SERVICE DEPARTMENT. GROSS TRADE-IN ALLOWANCE MAY VARY AS A RESULT OF SUCH APPRAISAL.

TRADE:
YEAR **2005** MAKE **PETE** MODEL **379 EX**
☐ CAB ☑ SLEEPER ☐ D.S.A.
☑ CONV. ☐ NON-SLEEPER ☐ T.A.
SERIAL NO. **5N881778** ENG. **CAT**
FINANCED BY **PAID OFF**

THE MILEAGE ON THE ODOMETER IS _____ AND ISAS NOT ACCURATE. REFER TO THE FEDERAL MILEAGE STATEMENT FOR FULL DISCLOSURE.

|  |  |
|---|---|
| FREIGHT |  |
| (EXEMPT) SALES TAX | EXEMPT |
| REGISTRATION FEE | 150 |
| FEDERAL EXCISE TAX | INCLUDED |
| TOTAL PRICE | 230,000 00 |
| NET TRADE-IN ALLOWANCE | (63,000) |
| CASH BACK TO CUSTOMER | 13,000 |
| BALANCE | 180,000 |

RECEIPT NO.    AMOUNT OF DEPOSIT
$
$
$
$

CONDITION OF TRADE _____

PURCHASER'S SIGNATURE _____

BALANCE DUE

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES, UNLESS DEALER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE (A) ON ALL GOODS AND SERVICES SOLD BY DEALER, AND (B) ON ALL USED VEHICLES WHICH ARE HEREBY SOLD "AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED".

IF THIS ORDER IS FOR A USED VEHICLE, THAT BY LAW REQUIRES A FEDERAL TRADE COMMISSION WINDOW FORM, THE INFORMATION YOU SEE ON THE WINDOW FORM IS PART OF THIS ORDER. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

The front and back of this Order, the attached Written Warranty/Coverage Acknowledgment (the "Acknowledgment"), if signed by Purchaser and Dealer, and/or any financing and security agreement (a "Financing Agreement") entered into by Purchaser in connection with this Order comprise the entire agreement affecting this purchase and no other agreement or understanding of any nature concerning the same has been made or entered into or will be recognized by Dealer unless otherwise specified in this Order and acknowledged by Dealer. Collectively, this Order, the Acknowledgment, any Financing Agreement and any other agreement specified in this Order shall be referred to herein as the "Order". Purchaser hereby certifies that no credit has been extended to Whim for the purchase of the motor vehicle(s) described in this Order except as is stated in this Order. Purchaser hereby acknowledges that h/she has read the Terms and Conditions that are printed on the back of this Order and agrees that said Terms and Conditions are a part of this Order the same as if they were printed on the front hereof above Purchaser's signature. Purchaser or, if purchaser is not an individual, Purchaser's representative, hereby certifies that he/she is of legal age and acknowledges that he/she has received a copy of this Order and all other documents referred to in this Order.

PURCHASER **LARRY G. HARGIS**

BY _____

SALESMAN **DAVE KLEVEN**

ACCEPTED BY _____

THIS ORDER NOT BINDING UNTIL ACCEPTED BY DEALER

0D567 - L11

**FYDA FREIGHTLINER COLUMBUS, INC.**
1250 WALCUTT ROAD
COLUMBUS, OH 43228
Phone: 6148510002  Fax: 6148510011

| Date | Invoice Number |
|---|---|
| 05/06/2013 | V001008793 |

*Sold-To*     Cus Id     76936

LARRY G. HARGIS
2191 MONTAVON RD
WEST BROOKLYN, IL 61378

*Phone:* 6106522381

| | | | TONY APOLLONIO |
|---|---|---|---|
| DAVE KLEIN | DAVE KLEIN | | |

| Stk Unit | VIN | Year | Make | Model | New/Used | Odometer |
|---|---|---|---|---|---|---|
| 204968 | 1FUJGEBG6DLBL7368 | 2013 | Freightliner | CASCADIA | NEW | 286 |

| | |
|---|---|
| Selling Price: | 229,850.00 |
| OTHER 2: | N/A |
| Registration Fee(s): | 150.00 |
| Finance Doc Fee: | N/A |
| Sales Tax: | N/A |
| **Total Cash Price:** | **230,000.00** |

**Trade Information**

| Stk/Date | VIN | Year | Make | Model | Odometer |
|---|---|---|---|---|---|
| 224196 | 1XP5DB9X95N881778 | 2005 | PETERBILT | CONVENTIONAL | 0 |

| | | | |
|---|---|---|---|
| Trade Allowance: | 63,000.00 | Trade Equity | 63,000.00 |
| Trade Payoff: | N/A | Cash Down: | -13,000.00 |
| | *CASH BACK TO CUSTOMER* | Rebates: | N/A |
| | | **Total Down Payment:** | **60,000.00** |

| | |
|---|---|
| Total Charges: | 180,000.00 |

*Customer Signature/Date:* _____

JoId:   1103714                          V:\Forms\Wasdale\wfsfa.rpt                          Page 1 of 1



**MHC**

55 Dealers in 11 States, www.mhctruck.com

SERVICING DEALERSHIP

TEXAS KENWORTH CO., DBA

MHC KENWORTH - WACO
3331 GREIG DRIVE
P O BOX 1089 (HEWITT, TX 76643)
ROBINSON, TX 76706
1-254-662-2100

# REPAIR ORDER INVOICE

| Customer Number: | 5482 | Phone: | (800) 348-3732 | Invoice Number: R00623700181299 |
|---|---|---|---|---|

| Tax Status | Terms | P.O.# | | Service Date | Invoice Date |
|---|---|---|---|---|---|
| TAX | CASH | REQUIRED | | 1/11/2014 | 2/13/2014 |

North American Van Lines Inc
Accounts Payable
PO Box 12668
Fort Wayne IN 46864

| Serial Number | Unit Number | | Make/Model | Year | License Number | Mileage |
|---|---|---|---|---|---|---|
| 1FUJGEBG6DLBL7368 | 230101 | | FRTLR | 2013 | | 52650 |

```
OPERATION  1

   COMPLAINT: CHECK AND ADVISE: RED CHECK ENGINE LIGHT ON .
   VMRS CODE: 04-045-021-003-06-20
              04-043-006-017-06-20
   CORRECTION: INSPECT-ELECTRONIC CONTROL MODULE (ECM) - ELECTRONIC
              ENGINE CONTROL-ELECTRONIC ENGINE CONTROLS-LUBRICATION OR
              OIL SOAKED
              INSPECT-DPF FILTER - DIESEL PARTICULATE, EXHAUST-EXHAUST
              AFTER-TREATMENT DEVICES-LUBRICATION OR OIL SOAKED
              CONNECTED TO ECM AND FOUND ACTIVE FAULT CODES
              2387-VGT   ACTUATOR DRIVER CIRCUIT MECHANICAL
              SYSTEM NOT RESPONDING,   3616-ENGINE VGT NOZZLE
              POSITION MECHANICAL SYSTEM NOT  RESPONDING.
              REMOVED CAC PIPING AND EXHAUST PIPING FROM TUR
              B   O   AND FOUND IT TO BE OIL SOAKED. FOUND
              TURBO I   S FAULTY AND   PUT 2 GALLONS OF OIL
              INTO EXHAUST   SYSTEM, DPF, AND SCR.   REMOVED
              DPF AND FOUND I   T TO BE OIL SOAKED. STARTED
              CUMMINS   CLAIM WITH  CONTROL # 3097493 .
```



PLAINTIFF'S
EXHIBIT
2

CONTINUED

TERMS AND CONDITIONS OF THIS SALE ARE SET FORTH BELOW AND THOSE CONTAINED AT www.mhctruck.com WHICH ARE INCORPORATED HEREIN BY THIS REFERENCE.

1. PAYMENT: Customer shall pay Dealer the total amount listed on the Order, which shall be due in cash upon the tender by Dealer to Customer of the Parts, unless and until credit terms for Customer are approved in a writing signed by a corporate officer or authorized manager of the Dealer. For Customers whose credit has been duly approved in advance by Dealer in a writing signed by a corporate officer or authorized manager of any such Credit Agreement signed by Customer, payment for the Parts shall be in accordance with the terms of the Credit Agreement executed by Customer in connection with applying for credit with Dealer. The terms and provisions of any such Credit Agreement signed by Customer are incorporated herein by this reference.
2. ARBITRATION: Any controversy or claim arising out of or relating to the Order shall be decided by arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules, subject to the limitations and restrictions as set forth in the Terms and Conditions contained at www.mhctruck.com/dealerfterms.

PAGE: 1
MHC250RO (07/07)

*Customer Copy*



55 Dealers in 11 States, www.mhctruck.com

SERVICING DEALERSHIP
TEXAS KENWORTH CO, DBA

MHC KENWORTH - WACO
3331 GREIG DRIVE
P O BOX 1089 (HEWITT, TX 76643)
ROBINSON, TX 76706
1-254-662-2100

# REPAIR ORDER INVOICE

Invoice Number: R00623700181299

| Customer Number: | 5482 | Phone: (800) 348-3732 | | |
|---|---|---|---|---|
| **Tax Status** | **Terms** | **P.O.#** | **Service Date** | **Invoice Date** |
| TAX | CASH | REQUIRED | 1/11/2014 | 2/13/2014 |

OPERATION 1

CUMMINS ADVISED TO R&R TURBO , DPF, SCR,
BOTH NOX SENSORS, CHECK AND CLEAN DOSER IF
POSSIBLE AND CHECK FOR FUTHER PROGRESSIVE
DAMAGE. INSPECTED DPF FOR PART # AND DID NO
T FIND ONE. CONTACTED CUMMINS, FRTLNR AND
COUN D NOT FIND PART #. CUSTOMER ADVISED
FRTLNR SAID TO GET TRUCK TOWED TO FRTLNR
SHOP. SECURED PARTS FOR TOW COMPANY TO
PICK UP TRUCK. NO WARRANTY WILL BE PAID FOR
INCOMPLET E REPAIRS. CONTACTED CUMMINS REP AND GOT
FURTHER ASSISTANCE FROM CUMMINS TO COME UP WITH PART NUMBER,
SCR HAD TO BE BUILT. ORDER DPF, DOC AND SCR. REPLACE DPF
DOC SCR, NOX INLET AND OUTLET SENSOR AND DPF DIFFERENTIAL
PRESSURE SENSOR PER TROUBLESHOOTING FOR OIL SOAKED. RUN
REGEN, REGEN RAN SUCESSFULLY. ADVISE CUSTOMER STILL HAS
CEL FOR AMBIANT AIR TEMP SENSOR. THIS IS OEM PART AND IS
COVERED BY FREIGHTLINER WARRANTY. CUSTOMER WILL TAKE TO
OEM.

|  |  |  |  |
|---|---|---|---|
| | | Labor -- | 1,140.80 |
| | 100% | Warranty -- | 1,140.80 |
| | | Labor Total -- | .00 |

| | | | | |
|---|---|---|---|---|
| RX2882111NX | TURBOCHARG. | 1 | 1,700.25 | 1,700.25 |
| CX2882111NX | TURBOCHARG. | 1 | 1,487.07 | 1,487.07 |
| CR2882111NX | SUPERCEDEDTO CR2882111 | 1- | 1,487.07 | 1,487.07 |
| RX2871578RX | FILTER, PAR. | 1 | 1,410.42 | 1,410.42 |
| CX2871578RX | FILTER, PAR. | 1 | 3,317.31 | 3,317.31 |
| CR2871578RX | FILTER, PAR. | 1- | 3,717.67 | 3,717.67 |
| RX5289745NX | INLET MODULE | 1 | 3,503.36 | 3,503.36 |
| CX5289745NX | CORE INLETMODULE | 1 | 619.23 | 619.23 |
| CR5289745NX | CORE INLETMODULE | 1- | 693.97 | 693.97 |
| 4329105 | DEVICE, AFTERTREATMENT | 1 | 4,234.00 | 4,234.00 |
| 2894943CUM | SENSOR-NITROGEN OXIDE | 1 | 438.55 | 438.55 |
| 2894939CUM | SENSOR-NITROGEN OXIDE | 1 | 342.61 | 342.61 |
| 2871453CUM | GASKET-AFM DEVICE | 2 | 32.55 | 65.10 |
| 2885889CUM | ISOLATER-THERMAL | 1 | 11.48 | 11.48 |
| 2885890CUM | GASKET, AF. | 1 | 9.20 | 9.20 |
| 2871960 | SENSOR, PRE. | 1 | 50.66 | 50.66 |

**CONTINUED**

TERMS AND CONDITIONS OF THIS SALE ARE SET FORTH BELOW AND THOSE CONTAINED AT www.mhctruck.com WHICH ARE INCORPORATED HEREIN BY THIS REFERENCE.

1. PAYMENT: Customer shall pay Dealer the total amount listed on this order, which shall be due in cash upon the tender by Dealer to Customer of the Parts, unless said unit credit items for Customer are approved in a writing signed by a corporate officer or authorized manager of the Dealer. For Customers whose credit has been duly approved in advance by Dealer in a writing signed by a corporate officer or authorized manager of Dealer, the amounts due to Dealer for the Parts shall be in accordance with the terms of the Credit Agreement executed by Customer in connection with applying for credit with Dealer. The terms and provisions of any such Credit Agreement signed by Customer are incorporated herein. An interest charge of 1.5% per month will be charged on past due balances.

2. ARBITRATION: Any controversy or claim arising out of or relating to this Order shall be decided by arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules, subject to the limitations and restrictions as set forth in the Terms and Conditions contained at www.mhctruck.com/dealersterms.

PAGE: 2

Customer Copy

MHC250RO (07/07)


55 Dealers in 11 States, www.mhctruck.com

**SERVICING DEALERSHIP**
TEXAS KENWORTH CO, DBA

MHC KENWORTH - WACO
3331 GREIG DRIVE
P O BOX 1089 (HEWITT, TX 76643)
ROBINSON, TX 76706
1-254-662-2100

## REPAIR ORDER INVOICE

| | | | Invoice Number: R00623700181299 |
|---|---|---|---|
| Customer Number: | 5482 | Phone: (800) 348-3732 | |

| Tax Status | Terms | From | Service Date | Invoice Date |
|---|---|---|---|---|
| TAX | CASH | REQUIRED | 1/11/2014 | 2/13/2014 |

```
OPERATION  1

  EC3501          COOLANT-CLIMATECH 50/5    1        18.26           18.26
  3687334CUM      SENSOR, NIT.              1       438.55          438.55
  500004741       LUBRICANT-OIL ROTELLA     2        17.57           35.14
                                              Parts --          11,782.48
                                  100%  Warranty --          11,782.48
                                         Parts Total --              .00
                           Total Operation  1 --                     .00
```

| Labor Total | 1,140.80 |
|---|---|
| Parts Total | 11,782.48 |
| Warranty | 12,923.28 |

| TOTAL DUE | .00 |
|---|---|

TERMS AND CONDITIONS OF THIS SALE ARE SET FORTH BELOW AND THOSE CONTAINED AT www.mhctruck.com WHICH ARE INCORPORATED HEREIN BY THIS REFERENCE.

1. PAYMENT: Customer shall pay Dealer the total amount listed on the order, which shall be due in cash upon the tender by Dealer to Customer of the Parts, unless and until credit terms for Customer are approved in a writing signed by a corporate officer or authorized manager of the Dealer. For Customers whose credit has been duly approved in advance by Dealer in a writing signed by a corporate officer or authorized manager of Dealer, the amounts due to Dealer for the Parts shall be in accordance with the terms of the Credit Agreement executed by Customer in connection with applying for credit with Dealer. The terms and provisions of any such Credit Agreement signed by Customer are incorporated herein. An interest charge of 1.5% per month will be charged on past due balances.

2. ARBITRATION: Any controversy or claim arising out of or relating to this Order shall be decided by arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules, subject to the limitations and restrictions as set forth in the Terms and Conditions contained at www.mhctruck.com/arbitrations.

Customer Copy

Case: 2:17-cv-00487-MHW-CMV Doc #: 1-1 Filed: 06/07/17 Page: 13 of 46 PAGEID #: 18
Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047
0D567 - L15



# TRUCK CENTER
## C O M P A N I E S
### WICHITA, KS
2955 S West Street · P.O. Box 13298
Wichita, KS 67213-0298
(316) 945-5600
(800) 373-6055

**ISUZU**

RETURN POLICY: All claims and returned goods must be accompanied by this invoice end in their original packaging. All returns may be subject to a handling fee. To ensure full credit, all cores must be returned in their original container within 30 days of the original purchase date and meet vendor core requirements. Returns after 30 days and returns on electrical or special order parts are not allowed.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | 610B54E |
|---|---|---|---|---|---|
| 24 SEP 14 | | 24 SEP 14 | 24 SEP 14 | | |

**SOLD TO**
ACCOUNT NO. █████████
CUST DECLINED INFO
123
OMAHA, NE 68127

**SHIP TO**
NONE

PAGE 1 OF 1

| SHIP VIA | EMPLOYEE | SLSM. | B/L NO. | TERMS | | F.O.B. POINT |
|---|---|---|---|---|---|---|
| W/C3 | 2381 | HOU | | CASH | | WICHITA, KS |

| LINE | QUANTITY | | PART NO. | DESCRIPTION | LIST | NET | AMOUNT | BIN |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | FUSE | ATO FUSE | 2.46 | 1.25 | 1.25 | BK1A |

Now you can pay online! It is quick & easy. Select Make A Payment at the bottom of our website truckcentercompanies.com. Mastercard/Visa/Discover

(402)592-2440

CUSTOMER'S SIGNATURE
X

PRINTED NAME:

DEALER CODE SCFD

| | | TOTALS |
|---|---|---|
| PARTS | | 1.25 |
| SUBLET | | |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.09 |
| TOTAL | | $1.34 |

REMIT TO TRUCK CENTER COMPANIES
PO BOX 27379
OMAHA, NE 68127-0379
CUSTOMER COPY

0D567 - L16  Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047

| (Billing Address) | | (Physical Address) |
|---|---|---|
| DOGGETT FREIGHTLINER OF SOUTH TEXAS, LLC<br>P.O. BOX 201150<br>SAN ANTONIO, TX 78220-1150<br>(210) 666-6665 |  | DOGGETT FREIGHTLINER<br>OF SOUTH TEXAS, LLC<br>8700 IH 10 EAST<br>CONVERSE, TX 78109<br>210-666-6665 |

Page 1 of 1

**Bill-To Customer**    70097

LARRY HARGIS
SAN ANTONIO, TX 78220-1150

(610) 662-2381

**Owner**    70097

LARRY HARGIS
SAN ANTONIO, TX 78220-1150

Make: CASCADIA Model: CASCADIA Year: 13
V.I.N: 1FUJGEBG6DLBL7368
Vehicle ID # 214749         Fleet # 230101
JEID: 2796395    3:59:54PM    9/26/2014

| Service Order |
|---|
| R101008093 |

| P.O. Number |
|---|
| |

| Invoice Date |
|---|
| |

TAG# 3756

| Date In | Date In Service | Mileage | Date Out | Bill Type | Terms | Writer | Reviewer |
|---|---|---|---|---|---|---|---|
| 09/26/2014 | 05/09/2013 | 103,598 | 09/26/2014 | CP | CASH | 8592 | |

**Job#1 A00**                  GENERAL

| Condition | NO POWER GOING TO 7 WAY CONNECTOR - CUSTOMER SAID HE HAS NO LOWER TRAILER LIGHTS. CHECK AND ADVISE |
|---|---|
| Correction | brought unit inside shop and check the seven way cord had no power so check fuse and relay on the sam chassis so had power some did not so follwed the cord and unit has pdm under the cab so check there for power and all fuse and relay had power but not nothing on the seven way cord going to send unit to electric tech.CHECKED OPERATION. HOOKED UP TO THE TRUCK VIA DIAGNOSTIC LINK 8 AND CHECKED THE I/O TEMPLATES THAT MONITOR THE OUTPUTS TO THE TRAILER CIRCUITS OF SAMCHASSIS. FOUND THAT THERE IS POWER SENT FROM SAMCHASSIS. TRUCK IS SET WITH END OF FRAME PIGTAIL SET UP AND THERE IS AN AUX FUSE PANEL UNDER CAB/BUNK. CHECKED AND FOUND THAT THE OUTPUT PLUG AND INPUT PLUGS WERE NOT PUSHED IN ALL OF THE WAY. FOUND THAT THERE WAS ALOT OF STRESS ON THE HARNESS WHICH CAUSED THE PLUG TO BE PULLED OUT. GAVE THE HARNESS SOME MORE SLACK AND ALSO CHECKED TO MAKE SURE NONE OF THE CAVITY PINS WERE DAMAGED. ALL OK. PLUGGED HARNESS BACK IN AND RECHECKE OPERATION. ALL OK NOW. HAD DRIVER VERIFY. ALL OK NOW-THANKS |

| Qty | Item | Description | Tech | Price | Extended |
|---|---|---|---|---|---|
| | | LABOR TO PERFORM REPAIRS | 8145 | | 240.00 |
| | Total Labor    240.00 | Total Parts    0.00 | Total | 240.00 | |

IN THE EVENT THAT THE WORK REFLECTED ON THIS REPAIR ORDER IS CLAIMED TO BE WARRANTY WORK, THE CUSTOMER SHALL REMAIN LIABLE FOR THE AMOUNT DUE UNTIL SUCH WARRANTY WORK IS PAID FOR BY THE MANUFACTURER

CUSTOMER APPROVES ANY ADDITIONAL WARRANTY WORK DEEMED NECESSARY BY SERVICE MANAGER.

Customer Signature         X

| | |
|---|---|
| Labor: | 240.00 |
| Parts | 0.00 |
| Sublet: | 0.00 |
| Misc. Charges | 0.00 |
| Admin. Fee | 29.00 |
| Shop Environmental Fee: | 24.00 |
| Taxes: | 1.98 |
| **Total:** | **294.98** |

Please Remit Payment to:
DOGGETT FREIGHTLINER OF
SOUTH TEXAS, LLC
MAIL TO: P.O. BOX 201150
SAN ANTONIO, TX 78220-1150



 

Doggett Freightliner of South Texas, LLC.
DBA: SelecTrucks of San Antonio
8700 IH 10 East Bldg.#1
Converse, TX 78109
(210) 666 - 6665



Doggett Freightliner of South Texas, LLC.
12002 FM 1472
Laredo, TX 78045
(956) 723 - 7473

Case: 2:17-cv-00487-MHW-CMV Doc #: 1-1 Filed: 06/07/17 Page: 15 of 46 PAGEID #: 20
Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047
0D567 - L17

**SERVICE**

CUSTOMER #: 206100
UNIT# 230101

10008202

*INVOICE*

DALLAS SOUTH SERVICE
4200 PORT BLVD
DALLAS TX 75241
(972) 225-4300

HARGIS LARRY
5249 CEDARBRUSH DR
FORT WORTH, TX 76123
HOME:610-662-2381  CONT:610-662-2381

PAGE 1

BUS:          CELL:          SERVICE ADVISOR: 3208 Jacob Garvin

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
|  | 13 | FREIGHTLINER CASCADI | 1FUJGEBG6DLBL7368 |  | 119392/119392 | T7260 |

| DEL. DATE | PROD.DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV.DATE |
|---|---|---|---|---|---|---|---|
| 09MAY13 IS |  |  | 17:00 12DEC14 | NEED | 0.00 | CASH | 11DEC14 |

R.O. OPENED    READY     OPTIONS:   ENG:79583826

16:20 10DEC14 | 12:16 11DEC14

|  |  | LIST | NET | TOTAL |
|---|---|---|---|---|
| LINE OPCODE TECH TYPE HOURS |  |  |  |  |

A INSPECT: CAB AND SHEET METAL---DRIVER SEAT BROKEN
   0200006 INSPECT: CAB AND SHEET METAL
      3456 Torres,Hector LIC#: 50727
           CPS
      3237 Rocha,Juan LIC#: 25649
           CPS

                                                    393.00    393.00

   2 SET/188900MW65 SEAT LEGACY SIL HB 2W AIR LUM
   GRY ULTLTR                                                1450.00
   1 SMC/KV2T07-00 TEE UNION QC 1/4                             4.05
                                   0.00   TOTAL LINE A:       1847.05
PARTS:  1454.05  LABOR:   393.00  OTHER:   0.00
119392 12/10/2014 3456 DISCONNECTED ELECTRICAL CONNECTORS AND AIR
LINES FROM BOTH SEATS. REMOVED BELTS AND BUCKLES FROM SEATS AND REMOVED
SEATS. INSTALLED NEW SEATS AND CONNECTED AIR LINES, HAD TO CHANGE T ON
PASSENGER SIDE FOR AIR LINES BECAUSE AIR LINE FROM NEW SEAT WOULD NOT
STAY CONNECTED. NEW SEATS DID NOT HAVE ELECTRICAL CONNECTORS TO
CONNECT. INFORMED FOREMAN. TUCKED CONNECTORS BEHIND FIRE EXTINGUISHER
AND BOX FOR MARKERS. BUILD UP AIR PRESSURE AND CHECKED FOR LEAKS. NO
AIR LEAKS WERE FOUND. TECH 3237 12.11.14 INSPECT UNIT OK SEATS OK.
************************************************************

* [ ]CASH    [ ]CREDIT CARD  [✓]CHECK-UTA  *
*                                          *
* [ ]CHECK-WF   [ ]CHARGE   [ ]PINNACLE    *
*                                          *
* CHECK NO.                 INITIALS       *
********************************************

IMPORTANT INFORMATION ABOUT WARRANTIES and RETURNS: The Around The Clock Freightliner Group,
LLC ("ATC"), hereby expressly disclaims all warranties, express or implied, including any implied, including any
implied warranty of merchantability or fitness for a particular purpose. ATC neither assumes nor authorizes any
other person to assume for it any liability in connection with the item(s) sold or work performed relating to this
transaction. In no event shall ATC be liable for any incidental or consequential damages or any commercial loss
arising out of this transaction. Warranties, either express or implied, made by the manufacturers on items sold
by ATC may apply. ATC may assist Customer in making claims against such manufacturers, if requested by
Customer. All Claims for returned merchandise and cores must be made accompanied by the applicable invoice
within 30 days of purchase. VENUE: All amounts due for purchases from ATC are payable at its offices located
Dallas TX 76320-3706. It is further agreed that this agreement is entered into in the State of Texas and is
governed by the laws of the State of Texas.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 393.00 |
| PARTS AMOUNT | 1454.05 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC CHARGES | 39.30 |
| TOTAL CHARGES | 1886.35 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 123.20 |
| PLEASE PAY THIS AMOUNT | 2009.55 |

X _____
   Customer Signature

REMIT ALL PAYMENTS TO:
ATC Freightliner Group
P.O. BOX 203706 / DALLAS,TX 75320-3706

CUSTOMER COPY

Case: 2:17-cv-00487-MHW-CMV Doc #: 1-1 Filed: 06/07/17 Page: 16 of 46 PAGEID #: 21
Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047
0D567 - L18

**PREMIER TRUCK GROUP**

**10021499C**

PREMIER TRUCK GROUP OF D
4200 PORT BLVD
DALLAS TX 75241
(972) 225-4300

CUSTOMER #: 206100
UNIT# 230101

HARGIS LARRY
5249 CEDARBRUSH DR
FORT WORTH, TX 76123
HOME:610-662-2381 CONT:610-662-2381

*INVOICE*

PAGE 1

SERVICE ADVISOR: 3786 Jason D Hipps

| BUS: | COLOR | YEAR | MAKE/MODEL | CELL: | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|------|-------|------|------------|-------|---|-----|---------|------------------|-----|
| | | 13 | FREIGHTLINER CASCADI | 1FUJGEBG6DLBL7368 | | | | 188722/188722 | T7112 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| C9MAY13 IS | | | 17:00 11NOV15 | ENG:79583826 | 0.00 | CASH | 13NOV15 |

PRO. OPENED | READY | OPTIONS:

14:14 10NOV15 | 18:31 13NOV15

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|

A EXPRESS ASSESSMENT: GOAL OF 2 HOURS OR LESS COMPLAINT: GI FLASHES
WHEN STARTING / DASH FAULTS
CAUSE: INTERVAL NOT SET
9955555 EXPRESS ASSESSMENT: GOAL OF 2 HOURS OR
LESS
3554 SPARGER,DEREK LIC#: 55624
CPS
2256 Norris,Tony LIC#: 19449
CPS
3739 MARTIN,CHARLES L LIC#: 61916
CPS                                         139.00          139.00

TOTAL LINE A:          139.00

PARTS:        0.00 LABOR:        139.00 OTHER:        0.00
188722
3554
PULLED TRUCK IN SHOP AND INSPECTED WRITE UP. TRUCK SEARCHES FOR 1ST
GEAR AND BEEPS A FEW TIMES THEN SETTLES IN NEUTRAL. NOT SURE IF THIS IS
NORMAL. LOOKED THROUGH ROADRANGER TO FIND IF THERE WAS ANY OPERATION
MANUAL BUT COULDNT FIND ANYTHING IN IT. HOOKED UP SERVICE RANGER AND
TRUCK HAS NO FAULT CODES. SOFTWARE WAS NOT UP TO DATE SO UPDATED.
3554
TALKED TO JASON AND FOUND OUT ITS ACTUALLY GI AND NOT G1, LIGHT IS
FOR GREASE INTERVAL AND GOES OFF OF MILEAGE. GREASED TRANS AND RESET
INTERVAL.
11/13/15 3739 LOCATED UNIT AND INSPECTED UNIT FOR QC AND TEST
DRIVE. TOOK ON TEST DRIVE AND CAME BACK RE-INSPECTED UNIT. UNIT PASS QC
DRIVE. ****************************************************

B EXHAUST OUTLET ON TURBO IS LEAKING
CAUSE: CLAMP
4300006 INSPECT: EXHAUST SYSTEM
3554 SPARGER,DEREK LIC#: 55624
CPS
3215 Ramirez,Abel LIC#: 45060

| | DESCRIPTION | | | TOTALS |
|---|-------------|---|---|--------|
| | LABOR AMOUNT | | | |
| | PARTS AMOUNT | | | |
| | GAS, OIL, LUBE | | | |
| | SUBLET AMOUNT | | | |
| | MISC. CHARGES | | | |
| | TOTAL CHARGES | | | |
| | LESS INSURANCE | | | |
| | SALES TAX | | | |
| | PLEASE PAY THIS AMOUNT | | | |

IMPORTANT INFORMATION ABOUT WARRANTIES and RETURNS: Premier Truck Group (PTG), hereby expressly
disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a
particular purpose. PTG neither assumes nor authorizes any other person to assume for it any liability in
connection with the item(s) sold or work performed relating to this transaction. In no event shall PTG be liable
for any incidental or consequential damages or any commercial loss arising out of this transaction. Warranties,
either express or implied made by the manufacturers on items sold by PTG may apply. PTG may assist
Customer in making claims against such manufacturers. If requested by Customer. All Claims for returned
merchandise and notes must be made accompanied by the application invoice within 30 days of purchase.
Vehicle. It is agreed that this agreement is entered into in the State of TEXAS and is governed by the laws of
the State of Texas.

X_____
   Customer Signature

REMIT ALL PAYMENTS TO:
PREMIER TRUCK GROUP
PO BOX 203758 / DALLAS, TX 76320-3758

**CUSTOMER COPY**

Copyright 2014 CDK Global, LLC   SERVICE INVOICE TYPE 1 - 5EDC - IMAGING

Case: 2:17-cv-00487-MHW-CMV Doc #: 1-1 Filed: 06/07/17 Page: 17 of 46 PAGEID #: 22
Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047
0D567 - L19

PREMIER TRUCK GROUP

CUSTOMER #: 206100
UNIT# 230101

HARGIS LARRY
5249 CEDARBRUSH DR
FORT WORTH, TX 76123
HOME:610-662-2381 CONT:610-662-2381
BUS:        CELL:

10021499C

*INVOICE*

PAGE 2

PREMIER TRUCK GROUP OF D
4200 PORT BLVD
DALLAS TX 75241
(972) 225-4300

SERVICE ADVISOR: 3786 Jason P Hipps

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
|  | 13 | FREIGHTLINER CASCADI | 1FUJGEBG6DLBL7368 |  | 188722/188722 | T7112 |

| DEL.DATE | PROD.DATE | WARR.EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV.DATE |
|---|---|---|---|---|---|---|---|
| 09MAY13 | IS |  | 17:00 11NOV15 |  | 0.00 | CASH | 13NOV15 |

READY: OPTIONS:  ENG:79583826

14:14 10NOV15  18:31 13NOV15

|  |  |  | LIST | NET | TOTAL |
|---|---|---|---|---|---|
| LINE OPCODE TECH TYPE HOURS |  |  |  |  |  |
| CPS |  |  |  | 319.70 | 319.70 |
|  |  |  |  |  | 14.62 |
| 1 4966441 GASKET,EXH OUT CONNECTION |  |  |  |  |  |
| NIS CUMMINS DALLAS HAS |  |  |  |  | 27.03 |
| 1 4966454 CLAMP,V BAND |  |  |  |  |  |
| NIS CUMMINS DALLAS HAS |  |  |  |  | 8.54 |
| 1 2880214 GASKET,EXH OUT CONNECTION |  |  |  |  | 26.04 |
| 1 2880212 CLAMP,V BAND |  |  |  |  | 395.93 |

PARTS:    76.23 LABOR:    319.70 OTHER:    0.00   TOTAL LINE B:

188722
3554
RAN TRUCK AND FOUND EXHAUST LEAK AT CLAMP BEHIND TURBO GOT QUOTE TO
REPLACE GASKET AND CLAMP.
----11-13-2015--▮▮▮▮▮▮▮-----
REPLACED THE GASKET AND CLAMP BEHIND THE TURBO AND NOTICED THAT THE
CLAMP ON THE OUTLET SIDE OF THE INTERMEDIATE PIPE WITH LOOSE AND
LEAKING ALSO. GOT GASKET AND CLAMP FOR THE OUTLET SIDE OF THE
INTERMEDIATE PIPE AND INSTALLED THEM ON THE UNIT.
*************************************************

C VALVE ADJUSTMENT / JAKE BRAKE ADJUSTMENT
CAUSE: ADJUSTMENT DUE
       4500006 INSPECT: POWER PLANT
           3215 Ramirez,Abel LIC#: 45060
           CPS                                   550.00        550.00
PARTS:    0.00 LABOR:    550.00 OTHER:    0.00   TOTAL LINE C:    550.00

188722
-----11-13--2015------3215.
REMOVED THE AIR FILTER HOUSING AND THE MOUNTING BRACKETS. REMOVED
THE EGR CROSS OVER PIPE AND THE VALVE COVER. REMOVED THE INTAKE PIPING.
BARRED ENGINE OVER. RAN OVER HEAD AND SET ENGINE BRAKES. INSTALLED THE
VALVE COVER AND THE CROSS OVER PIPE INSTALLED THE AIR FILTER MOUNTING
BRACKETS. INSTALLED THE AIR FILTER HOUSING. INSTALLED THE INTAKE
PIPING.

IMPORTANT INFORMATION ABOUT WARRANTIES and RETURNS: Premier Truck Group (PTG), hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose, PTG neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. IN no event shall PTG be liable for any incidental or consequential damages or any commercial loss arising out of this transaction. Warranties, either express or implied made by the manufacturers on items sold by PTG may apply. PTG may assist Customer in making claims against such manufacturers, if requested by Customer. All Claims for returned merchandise and cores must be made accompanied by the application invoice within 30 days of purchase. VENUE: It is agreed that this agreement is entered into in the State of TEXAS and is governed by the laws of the State of Texas.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| MISC. CHARGES |  |
| TOTAL CHARGES |  |
| LESS INSURANCE |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

X_____
   Customer Signature

REMIT ALL PAYMENTS TO:
PREMIER TRUCK GROUP
PO BOX 203790 / DALLAS, TX 78320-3790

CUSTOMER COPY

Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047

0D567 - L20

CUSTOMER #: 206100
UNIT#: 230101

HARGIS LARRY
5249 CEDARBRUSH DR
FORT WORTH, TX 76123
HOME:610-662-2381 CONT:610-662-2381
BUS: CELL:

10021499C

*INVOICE*

PAGE 3

PREMIER TRUCK GROUP OF D
4200 PORT BLVD
DALLAS TX 75241
(972) 225-4300

SERVICE ADVISOR: 3786 Jason P Hipps

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| | 13 | FREIGHTLINER CASCADI | 1FUJGEBG6DLBL7368 | | 188722/188722 | T7112 |

| DEL DATE | PROD DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 09MAY13 IS | | | 17:00 11NOV15 | | 0.00 | CASH | 13NOV15 |

| PO OPENED | | READY | OPTIONS: | ENG:79583826 |

14:14 10NOV15   18:31 13NOV15

|  |  |  | LIST | NET | TOTAL |
|---|---|---|---|---|---|

LINE OPCODE TECH TYPE HOURS
D FL641-A DAYTIME RUNNING LIGHTS RECALL
CAUSE: RECALL
    0200006 INSPECT: CAB AND SHEET METAL
        3215 Ramirez,Abel LIC#: 45060                                    (N/C)
            WF
PARTS:       0.00 LABOR:       0.00 OTHER:      0.00  TOTAL LINE D:      0.00
188722
11-13-2015-----3215------
CONNECTED WITH DIAG LINK8 AND SAVED PARAMETERS. CONNECTED WITH
SERVER AND UPDATED SOFTWARE ON THE SAM CAB AND SAM CHASSIS. IMPORTED
PARAMETERS.
          ********************************************      115.31
CUSTOMER PAY SHOP CHARGE FOR REPAIR ORDER
          *********************************************
          * [ ]CASH    [ ]CREDIT CARD   [ ]CHECK-UTA    *
          *                                              *
          * [ ]CHECK-WF   [ ]CHARGE    [ ]PINNACLE       *
          *                                              *
          * CHECK NO._____  INITIALS _____   *
          *********************************************

Premier Truck Group of Dallas
PAID

NOV 13 2015

Cash_____ Check_____ Charge VISA
Cashier_____

| IMPORTANT INFORMATION ABOUT WARRANTIES and RETURNS: Premier Truck Group (PTG), hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. PTG neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. IN no event shall PTG be liable for any incidental or consequential damages or any commercial loss arising out of this transaction. Warranties, either express or implied made by the manufacturers on items sold by PTG may apply. PTG may assist Customer in making claims against such manufacturers, if requested by Customer. All Claims for returned merchandise and cores must be made accompanied by the application invoice within 30 days of purchase. VEHIC. It is agreed that this agreement is entered into in the State of TEXAS and is governed by the laws of the State of Texas. | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | 1008.70 |
| | PARTS AMOUNT | 76.23 |
| | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| | MISC. CHARGES | 115.31 |
| | TOTAL CHARGES | 1200.24 |
| | LESS INSURANCE | 0.0 |
| | SALES TAX | 15.79 |
| | PLEASE PAY THIS AMOUNT | 1216.03 |

X_____
        Customer Signature

REMIT ALL PAYMENTS TO:
PREMIER TRUCK GROUP
PO BOX 207398 / DALLAS, TX 76320-3798

Copyright 2011 DZE Global LLC  SERVICE INVOICE TYPE I - SVRC - HARGYRIG

CUSTOMER COPY

TRUCK CENTER CO. #3
2955 S WEST STREET
WICHITA, KS 67213

02/20/2016                    11:42:50

CREDIT CARD
VISA SALE

CARD #:                  XXXXXXXXXXXX7E2-1
Chip Card:                    VISA DEBIT
Chip Card AID:           A0000000031010
                               0006
ATC:                     B30900FE51FA8A2A
TC:                            689524
INVOICE                        0014
SEQ #:                       000867
Batch #:                     004212
Approval Code:           Chip Read
Entry Method:                Issuer
Mode:

SALE AMOUNT              $103.74

CUSTOMER COPY

# FREIGHTLINER

# CK CENTER
# COMPANIES
## WICHITA, KS
West Street · P.O. Box 13298
ichita, KS 67213-0298
(316) 945-5600
(800) 373-6055

be accompanied by this invoice and in their original packaging. All returns may be subject to a
turned in their original container within 30 days of the original purchase date and meet vendor
· 30 days and returns on electrical or special order parts are not allowed.

| PED | INVOICE DATE | INVOICE NUMBER | 689524E |
|-----|--------------|----------------|---------|
| 16  | 20 FEB 16    |                |         |

S
H
I      NONE
P
T
O

PAGE 1 OF 1

OMAHA, NE 68127

| SHIP VIA | EMPLOYEE | SLSM. | B/L NO. | TERMS | | F.O.B. POINT | | |
|----------|----------|-------|---------|-------|--|--------------|--|--|
| W/C | 2311 | HOU | | CASH | | WICHITA, KS | | |
| | PART NO. | | DESCRIPTION | LIST | NET | AMOUNT | BIN | |
| 1 | 1 | 0 PHM/30-4920 | ABS 15FT. | 165.07 | 96.50 | 96.50 | EE3 |

ANY NEW PARTS PURCHASED FOR INSTALLATION ON NEW VEHICLES PURCHASED
WITHIN THE FIRST 6 MONTHS MAY BE SUBJECT TO FET. CUSTOMER IS
RESPONSIBLE FOR THE PAYMENT DIRECTLY TO THE IRS.

Now you can pay online! It is quick
& easy. Select Make A Payment at the
bottom of our website
truckcentercompanies.com
Mastercard/Visa/Discover

(402) 592-2440       X
                  CUSTOMER'S SIGNATURE

PRINTED NAME:_____

DEALER CODE SCFD

| | |
|---|---|
| | TOTALS |
| PARTS | 96.50 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 7.24 |
| TOTAL | $103.74 |

REMIT TO TRUCK CENTER COMPANIES
PO BOX 27379
OMAHA, NE 68127-0379
CUSTOMER COPY

Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047
0D567 - L22




**DOONAN TRUCK & EQUIPMENT** of Kansas **INC.**

№ 4203

(316) 722-6034

(888) 366-6267

| NAME | | DATE | | |
|---|---|---|---|---|
| ADDRESS | | P.O. # | Time out | Time in |
| CITY | STATE | ZIP | Unit No. | |
| CREDIT CARD # | Expiration Date | Security Code | Billing Zip | Driver |

**Vehicle Description**

| Model Year | Make | Color | Model | Unit # | Ending Mileage |
|---|---|---|---|---|---|
| MI | VIN | | | | Starting Mileage |
| | | | | | Total Mileage |

Condition: ☐ Good  ☐ Fair  ☐ Poor  ☐ Wrecked  ☐ Stripped  ☐ Burned

Check Exterior Damage:  ☐ Front  ☐ Rear  ☐ Left Side  ☐ Right Side

Articles in Vehicle:

REMARKS:

DESCRIPTION OF PAYMENT METHOD:

THE UNDERSIGNED authorizes listed services and acknowledges that
carrier is not responsible for loss or damage due to acts beyond the control
of the carrier or when services are performed under supervision of others.

| CHARGES | |
|---|---|
| HOOKUP | $ |
| RECOVERY | $ |
| DRIVESHAFT/AXLE | $ |
| WINCH | $ |
| SERVICE CALL | $ |
| MILEAGE | $ |
| PARTS | $ |
| FUEL SURCHARGE | $ |
| STORAGE | $ |
| OTHER | $ |
| TAX | $ |
| TOTAL | $ |

X _____
SIGNATURE

IMPOUNDED BY _____ DATE _____

RELEASED BY _____ DATE _____

| LOT NO. | KEY: ☐ YES ☐ NO | PEG NO. |
|---|---|---|

Case: 2:17-cv-00487-MHW-CMV Doc #: 1-1 Filed: 06/07/17 Page: 21 of 46 PAGEID #: 26
Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047
0D567 - L23



**ARI - Legacy Sleepers**
860 North Tuscany Drive
PO Box 246
Shipshewana, IN 46565
USA
"Leading The Industry To Excellence!"

# Invoice

Invoice Number:
18213

Invoice Date:
Apr 14, 2016

Page:
1

Phone: (260) 768-4704
Fax: (260) 768-4983

Sold To:
Larry Hargis
70 Laurel Drive
Greensburg, PA 15601

Ship to:
Larry Hargis
Customer Pick Up

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HARGIS_L-001 | | C.O.D. | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 4/14/16 | 4/14/16 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1.00 | Parts - Replaced Twin Air Control Panel | 269.00 | 269.00 |
| 0.50 | Labor - Replaced Twin Air Control Panel | 95.00 | 47.50 |
| 1.00 | Parts - Replaced Thetford Control Panel | 70.40 | 70.40 |
| 0.50 | Labor - Replaced Thetford Control Panel | 95.00 | 47.50 |
| 1.00 | Parts - Replaced Norcold Handle | 31.25 | 31.25 |
| 0.25 | Labor - Replaced Norcold Handle | 95.00 | 23.75 |
| 1.00 | Parts - Full Generator Service & Clean Spark Arrestor | 106.00 | 106.00 |
| 1.25 | Labor - Full Generator Service & Clean Spark Arrestor | 95.00 | 118.75 |

| | | |
|---|---|---|
| Check/Credit Memo No | Subtotal | 714.15 |
| | FET | |
| Mileage: 128082 | Shipping & Handling | |
| Tractor Serial #: 1FUJGEBG6DLBL7368 | Total Invoice Amount | 714.15 |
| DOT Number: 070851 | Payment/Credit Applied | |
| Sleeper Serial #: 05120941 | TOTAL | 714.15 |
| Generator Hours: | | |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047

0D567 - L24



**WICHITA FALLS FREIGHTLINER**
2901 JACKSBORO HWY.
WICHITA FALLS, TX 76302
(940) 767-9201  Fax: (940) 767-8074

**LONESTAR**
TRUCK GROUP

| | |
|---|---|
| *Texas:* | Abilene, Bryan, San Angelo, Texarkana, Temple, Tyler, Waco, Wichita Falls |
| *New Mexico:* | Albuquerque, Farmington |
| *Louisiana:* | Shreveport |

Page 1 of 3

**SERVICE INVOICE**

| SERVICE INVOICE |
|---|
| SS750054892:01 |

| | | | |
|---|---|---|---|
| **Bill-To Customer** 1039321 | **Owner** 1039321 | | |
| LARRY HARGIS | LARRY HARGIS | | |
| 3116 NE MAYFLOWER AVE | 3116 NE MAYFLOWER AVE | | |
| LAWTON, OK 73507 | LAWTON, OK 73507 | | P.O. Number / Auth# |

| | | |
|---|---|---|
| | **V.I.N.** 1FUJGEBG6DLBL7368 | |
| | *Customer Fleet ID* 230101 | **Invoice Date** |
| | *Year* 13 | |
| **Pinnacle / CBS#** | *Make* FTL | 07/21/2016 |
| **Vehicle Unit ID #** DLBL7368 | *Model* CASCADIA | |
| **Inv Limit** 0.00 | | |
| - 0 | | |

| Date In | Mileage | Billing | Terms | Writer | Reviewer | Date In Service | Phone# |
|---|---|---|---|---|---|---|---|
| 07/15/2016 | 236,985 | SCC | COD | 756381 | 756381 | 05/09/2013 | (610) 662-2381 |

*BODY COMPLAINT*

**1**

**Claim Number**

| Condition | CHECK & ADVISE, FUEL GAUGE DOES NOT WORK, STAYS ON EMPTY |
|---|---|
| Cause | Connection |
| Correction | Had to jump start truck to get it in the shop. Noted that gauge makes the self check at key on. Connected DDDL to checked fuel gauge. Had active code for fuel gauge circuit open. Checked fuel gauge and found that it was unplugged. Plugged connector into fuel sending unit, gauge works with connector plugged in. |

| | | Description | Price | Extended |
|---|---|---|---|---|
| **Qty** | **Item** | Labor to perform repairs | | 55.00 |

Total Labor: 55.00     Total Parts/Other: 0.00     Operation Total: 55.00

*BODY COMPLAINT*

**2**

**Claim Number**

| Condition | CHECK THE AIR BAG ON THE DRIVERS SEAT & ADVISE |
|---|---|
| Cause | Air Bag Blown |
| Correction | Blocked seat up to access air bag. Checked air bag for leak. Found that the supply fitting to air bag is broken. Ordered air bag. Installed air bag into seat, tested for air leaks and operation, no issues with chair |

| | | Description | Price | Extended |
|---|---|---|---|---|
| **Qty** | **Item** | Labor to perform repairs | | 165.00 |
| 1 | 760V/FI W02 358 7208 | AIR BAG | 48.99 | 48.99 |
| 1 | FRT | FREIGHT | 16.00 | 16.00 |

Total Labor: 165.00     Total Parts/Other: 64.99     Operation Total: 229.99

Jold: 4936184



**WICHITA FALLS FREIGHTLINER**
2901 JACKSBORO HWY.
WICHITA FALLS, TX 76302
(940) 767-9201  Fax: (940) 767-8074

**LONESTAR**
TRUCK GROUP

*Texas:* Abilene, Bryan, San Angelo, Texarkana, Temple, Tyler, Waco, Wichita Falls
*New Mexico:* Albuquerque, Farmington
*Louisiana:* Shreveport

Page 2 of 3

**SERVICE INVOICE**

SERVICE INVOICE
SS750054892:01

*BODY COMPLAINT

3
**Claim Number**

**Condition** CHECK & ADVISE FOR BOTH OF THE CIGARETTE LIGHTERS ON THE DASH DO NOT WORK, & THE FLOOR LIGHTS DO NOT WORK, THESE STOPED WORKING @ THE SAME TIME.

**Cause** Batteries Failed kicking low voltage disconnect to outlets.

**Correction** checked fuses and found multiple fuses burnt for dash receptacles 12 volt plugs, rechecked connected to diagnostic link and found batteries have low voltage, tested batteries, all batteries fail test did not recommend charging, removed and replaced batteries, cleaned terminals  off of corrosion, sprayed battery terminal protector on all terminals, shows full power at batteries checked for power at cigarette power sources and still no power,

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
| | | Labor to perform repairs | | 220.00 |
| 4 | 750V/EPM AE1131XMF | 12-VOLT STARTING BATTERY | 99.95 | 399.80 |
| 3 | 750X/MIN25 | FUSE | 1.68 | 5.04 |
| 4 | BATT | BATTERY FEE | 3.00 | 12.00 |

Total Labor: 220.00    Total Parts/Other: 416.84    Operation Total: 636.84

*OTHER ENGINE COMPLAINT

4
**Claim Number**

**Condition** CHECK & ADVISE FOR THE ENGINE FAN STAYS ON ALL THE TIME

**Cause** Solinoid Failed

**Correction** tested plug for power and ground when engine is running, have 12 volt in one and ground in the other plug, tested solenoid with power probe and suspect a fail fan clutch solenoid, removed and replaced fan clutch solenoid, tested engine fan kicks off when needed  no issues,

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
| | | Labor to perform repairs | | 110.00 |
| 1 | 760F/A06-60501-005 | SOLENOID VALVE-PNEUIELE | 73.42 | 73.42 |

Total Labor: 110.00    Total Parts/Other: 73.42    Operation Total: 183.42

Jeld: 4938104

Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047

0D567 - L26

**WICHITA FALLS FREIGHTLINER**
2901 JACKSBORO HWY.
WICHITA FALLS, TX 76302
(940) 767-9201   Fax: (940) 767-8074

LONESTAR
TRUCK GROUP

| Texas: | Abilene, Bryan, San Angelo, Texarkana, Temple, Tyler, Waco, Wichita Falls |
| New Mexico: | Albuquerque, Farmington |
| Louisiana: | Shreveport |

Page 3 of 3

SERVICE INVOICE

SERVICE INVOICE
SS750054892:01

PAID JUL 21 2016

!!! NEW DIRECT SERVICE# 940-767-9804 !!!
HOURS M-F: 7AM -7PM  SAT: 8AM-4PM  SUN: CLOSED

**TERMS AND CONDITIONS OF SALE AND DISCLAIMER OF WARRANTIES**

1. Disclaimer for Labor. Seller disclaims all warranties, either express or implied, for labor performed in the repair of Owner's vehicle; however, notwithstanding the foregoing, Seller shall warranty its labor for a period of ninety (90) days next following the date of such repair.

2. Disclaimer for Parts. Any warranties on the products sold hereby are those made by the manufacturer. Seller disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the parts.

3. Parts Return Policy. Special order electrical parts require a deposit and are not returnable. All returnable parts are subject to the manufacturer's warranty and a fifteen percent (15%) restocking charge. All claims for returned parts must be accompanied by the purchase invoice. No refund after 30 days. Seller is not responsible for labor on parts not installed by in Seller's shop. We hereby certify that all parts were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the administrator of wage and hour division issued under section 14 thereof.

4. Terms. Strictly cash unless arrangements made. Open account terms: Net 10th prox. All invoices remaining unpaid 30 days from the date of statement they appear on are subject to late charge of 1-1/2% per month.

5. Mechanic's Lien Notice. Failure to pay invoice places any vehicles worked on subject to repossession under §9.609, Texas Business and Commerce Code.

Customer Signature: _____

E-mail: _____

Print: _____

Jald: 4938184

| Parts | 527.25 |
| Labor: | 550.00 |
| Sublet: | 0.00 |
| Misc. | 28.00 |
| SubTotal: | 1,105.25 |
| Misc Supplies | 53.90 |
| Taxes: | 48.19 |
| Total: | 1,207.34 |

# TA TRUCK SERVICE

**Invoice**

OTC Order #232 187865

TA NEW BRAUNFELS
4817 IB 35 NORTH
NEW BRAUNFELS, TX 78130 (830) 608-9395
ANTHONY S NELON 830-608-9395
ASHLEY ENGLAND 775-815-0554

8 DRIVE TIRES - ALL BRANDS
GUARANTEED LOWEST PRICE
Service Dept Manager:
District Manager:

| | |
|---|---|
| **For Questions or Concerns:** | Driver's Name |
| **Company Name** SHOP CUSTOMER | TRIP# |
| **Address** 24601 CENTER RIDGE ROAD | Card # 5600171651636831 |

Page 1

OTC 232 187865

Authorized by 726069

| | | |
|---|---|---|
| COM | Pymt. Type | 112.00 PO# |
| | | 0.00 |
| Tax Exempt # | | Written by FUT | Work Performed by |

| City WESTLAKE | State OH | Zip 44145 | Written 08/24/16 | Begun | Completed | Paid 08/24/16 15:25 |

| Invoice # | Year | Make/Model | | License # | Odometer | Bill # | Engine Make/Model |
| Trailer # | Year | Make/Model | | License # | Hubodometer | | 0.00 |

Work Requested

| SERVICE | P.O.# | PART NUMBER | DESCRIPTION | UOM | REG. PRICE | PRICE | QTY | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 470 005 | | 15 ABS GREEN CABLE | EA | 104.99 | 104.99 | 1.00 | 104.99 |

| | | | | | |
|---|---|---|---|---|---|
| Parts : | 104.99 | New Tires : | Total : | 104.99 | Non-taxable : 0.00 |
| Labor : | -- | Used Tires : | Discount : | 0.00 | Taxable : 104.99 |
| Oil : | 0.00 | Trade-In : | Net : | | Tax : 7.09 |

AMOUNT TENDERED: 112.00
ENV/HST Tax: 0.00
TOTAL ▶ $ 112.00
CHANGE RETURNED: 0.00

Technician Comments

Remarks

LIMITED WARRANTY

WHAT IS WARRANTED AND FOR HOW LONG? Subject to the terms hereof, including the exclusions and other limitations listed below, parts purchased at any TravelCenters of America location (each, a "TA Location") will be, at our sole option, repaired or replaced without additional charge if they fail due to a defect for a period of one (1) year from the date of purchase. Service work (labor) performed at a TA Location is warranted to be free from defect in workmanship for 120 days from the date of service. If you purchase a used tire at a TA Location and the tire fails due to a defect within seven (7) days of purchase, we will, at our sole option, repair or replace the used tire. These limited warranties do not apply to products or vehicles used for racing or off-road purposes, or to damage caused by abuse, accident or neglect. New tires and batteries are warranted separately by the manufacturer and not included in this warranty.

EXCLUSIONS: Consumable materials and parts (such as antifreeze, oil, filters) are not included in this warranty.

FEES AND TAXES NOT INCLUDED. Fees, including, without limitation, waste disposal fees, are not included in this warranty and must be paid by you. In addition, Florida law requires us to collect a $1.00 fee for each new tire sold and $1.50 for each new or remanufactured battery sold in the state. This fee is not covered by the warranty and must be paid by you. Some states and/or local governments may require a tax on a portion of warranty repairs. Where applicable law allows, the tax must be paid by you.

ADDITIONAL EXCLUSIONS FOR REFRIGERATION SYSTEMS: TA's scope of services for refrigeration system tractors and trailers covers only external component repairs and specifically excludes the refrigeration system itself. Maintenance items that will not be serviced include, but are not limited to, any internal component of the refrigeration system, the freon filter, the upper belts that require fan replacement and condensers. TA specifically disclaim any responsibility for the refrigeration system, loss of use of the refrigeration system, damage, loss or spoliation of the contents of the refrigerated trailer, lost time, inconvenience, loss of use of the tractor/trailer or any other incidental or consequential damage or loss.

HOW CAN A CLAIM BE MADE UNDER THE LIMITED WARRANTY? No warranty will be honored without strict adherence to the following procedure: You must notify us immediately of any part or service failure by visiting the TA Location that sold the warranted parts and/or performed the warranted service work or by calling us at 1-800-632-9240. If the original TA Location is not convenient for you, please telephone us at 1-800-632-9240 and we will direct you to an alternative TA Location. The owner/driver is responsible for presenting the vehicle to the TA Location as specified above. The original invoice from the TA Location at which the part was purchased and/or the work was performed MUST be presented in order to get the benefit of the limited warranty.

WARRANTY LIMITED. THE OBLIGATIONS UNDERTAKEN IN THESE LIMITED WARRANTIES ARE OFFERED ONLY ON THE ABOVE ITEMS AND UNDER THE EXPRESS CONDITIONS SET FORTH, AND MAY NOT BE ENLARGED OR ALTERED BY ANYONE. NO WARRANTIES ARE MADE, EITHER EXPRESS OR IMPLIED, AS TO ANY MATTER WHATSOEVER, INCLUDING WITHOUT LIMITATION, THE CONDITION OF THE PARTS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, EXCEPT AS SPECIFICALLY PROVIDED HEREIN OR AS OTHERWISE PROVIDED BY LAW.

NO COVERAGE FOR INCIDENTAL AND CONSEQUENTIAL DAMAGES. THE ONLY REMEDIES THE PURCHASER HAS IN CONNECTION WITH THE PURCHASE OF PRODUCTS OR SERVICES FROM TA ARE THOSE SET FORTH ABOVE. IN NO EVENT WILL TA OPERATING LLC, ANY COMPANY AFFILIATED WITH TA OPERATING LLC, OR ANY FRANCHISEE OF TA OPERATING LLC (OR ITS AFFILIATES) BE LIABLE FOR BUSINESS INTERRUPTIONS, LOSS OF SALES AND/OR PROFITS, RENTAL OR SUBSTITUTE EQUIPMENT, COSTS OF DELAY OR FOR ANY OTHER SPECIAL, INCIDENTAL OR CONSEQUENTIAL LOSSES, COSTS OR DAMAGES. PURCHASER ASSUMES ALL LIABILITY FOR ALL PERSONAL INJURY AND PROPERTY DAMAGE RESULTING FROM THE HANDLING, POSSESSION OR USE OF THE PRODUCTS BY THE PURCHASER.

CONSUMER RIGHTS: This limited warranty gives you specific legal rights; you may also have other rights which vary from state to state.

YOUR SATISFACTION is important to us. If for any reason you are not satisfied with the service you receive, contact the Truck Services manager of the TA Location where service was provided.

GIVEN BY: TA Operating LLC, d/b/a TravelCenters of America, 24601 Center Ridge Road, Suite 200, Westlake, Ohio 44145.



RUSH TRUCK CENTER, AUSTIN - S049
16870 S. IH-35
BUDA TX 78610-3523 US
888-243-6241

*** www.rushtruckleasing.com ***
*** www.rushtruckcenters.com ***

| INVOICE DATE |
| 08/26/2016 10:11:39CST |
| IINVOICE NUMBER/ACCT DOC NUMBER |
| 3002690348 |
| CUSTOMER NO. | BRANCH |
| 273341 | 10C5 |
| PAGE:1 of 04 |

MSC/NORTH AMERICAN VAN 7F79
C/O PACCAR PARTS FLT SR

SOLD  P.O. Box : 10922
TO :  SHAWNEE MISSION KS 66225-9022
US

**Service Invoice**

RUSH TRUCK CENTER, AUSTIN
16870 S. IH-35
SHIP  BUDA TX 78610-3523 US
TO :  888-243-6241

ANY WARRANTIES ON THE PRODUCTS PROVIDED BY RUSH ARE SOLELY THOSE MADE BY THE PRODUCT MANUFACTURER. EXCEPT FOR THE LIMITED SERVICE/COLLISION/REPAIR AUTHORIZATION/INPUT CARD SERVICES RUSH AND CUSTOMER, RUSH ENTIRELY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, AND RUSH NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH ANY SERVICES PROVIDED OR ANY PRODUCTS PROVIDED TO CUSTOMER IN CONNECTION WITH THE SERVICES.

| | | | CUSTOMER-ADVISOR | SALES REP |
| CUSTOMER-PO | REFERENCE | MAIN-NUMBER | 6943-Francisco Gonzales | |
| DS334536 | 10729523 | 888-977-2787 | | |

Cust Unit # 230101
Phone #   888-977-2787

COMPLETION DATE: 08/25/2016
UNIT:
SERIAL: 1FUJGEBG6DLRL7368

License #
Contact :

YEAR: 2013    MAKE/MODEL: FREIGHTLINER/ONK:FRL
MILEAGE: 242,988

Date in Service....:
Engine Make/Model..: /

Engine Serial No...:
Trans Model........: /

Front Diff Model...:
Front Diff Serial..:

Rear Diff Model....:
Rear Diff Serial...:

Job 1 CUSTOMER STATES, CHECK ENGINE LIGHT ON

DERATED, CHECK AND ADVISE.
Ref. # 429903
Connect to ECM and check DTC's. Active codes for intake NOX
and engine derated. Several inactive codes and all codes
have no data snapshot. Entered all codes in fault code
analyzer. Was directed to T/S 3697 for bad ECM memory.
Flashed ECM with latest software CL10055.37-CL10055.44.
Fault code 3232 returned immediately. Upon inspection of
intake NOX sensor noted connector was broken and NOX sensor
had been replaced very recently. Check connector and found
seal is missing and pins are damaged from water entering
plug. Ordered new NOX sensor and plug repair kit. Customer
requested DPF be replaced. Removed Exhaust piping.
Disconnected wiring harness. Removed DPF assembly from under
truck. Removed intake NOX sensor. Ordered DPF and gaskets.
Installed new NOX sensor. Installed new plug on NOX sensor
harness. Installed new DPF and gaskets. Performed stationary
regen. Cleared inactive codes.

| Sales Qty UOM | Item number | Item description | CORE | Unit rate | Per | Extension |
|---|---|---|---|---|---|---|
| 1.000 EA | 3687334RX:CX | SENSOR,NITROGEN OXIDE | EXC | 463.12 EA | | 463.12 |
| 1.000 EA | 2872298D-C1:CX | SENSOR,NITROGEN OXIDE-CORE | CHG | 93.10 EA | | 93.10 |
| 1.000 EA | 4919556:CE | CONNECTOR, ELC REPAIR | | 29.57 EA | | 29.57 |
| | | PO # 4503283694 | | | | |
| 1.000 EA | 2871578RX:CX | FILTER, PARTICULATE | EXC | 890.63 EA | | 890.63 |
| 1.000 EA | 2871581D-C1:CX | FILTER, PARTICULATE-CORE | CHG | 1995.03 EA | | 1995.00 |
| 1.000 EA | 2878458:CE | SENSOR, TEMPERATURE | | 101.86 EA | | 101.86 |
| 2.000 EA | 2871453:CE | GASKET, AFM DEVICE | | 21.71 EA | | 43.42 |
| 2.000 EA | 2880215:CE | GASKET, AFM DEVICE | | 12.73 EA | | 25.46 |

| SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|
| | | | CONTINUED |

This invoice contains an itemized list of repairs and is part of, and subject to, the terms of the Service/Collision Repair Authorization Input Card prepared by Rush for Customer ("Terms"). Customer confirms its agreement to the Terms by its signature on the Terms, its signature on this invoice, or by authorizing payment of this invoice.

TERMS
Pay immediately
w/o deduction

Customer or Customer's Agent X _____

0D567 - L30



RUSH TRUCK CENTER, AUSTIN - S049
16870 S. IH-35
BUDA  TX 78610-3523 US
888-243-6241

INVOICE DATE
06/26/2015 10:11:13CST
INVOICE NUMBER/ACCT DOC NUMBER
3003690348
CUSTOMER NO.              BRANCH
273641                   10CS
                   PAGE:2 of 04

*** www.rushtruckleasing.com ***
*** www.rushtruckcenters.com ***

MSC/NORTH AMERICAN VAN 7F79
C/O PACCAR PARTS FLT 83

**Service Invoice**

RUSH TRUCK CENTER, AUSTIN
16870 S. IH-35
SHIP  BUDA  TX 78610-3523 US
TO :  888-243-6241

SOLD  P.O. Box  : 10922
TO :  SHAWNEE MISSION KS 66225-9022
      US

ANY WARRANTIES ON THE PRODUCTS PROVIDED BY RUSH ARE SOLELY THOSE MADE BY THE PRODUCT MANUFACTURER. EXCEPT FOR THE LIMITED SERVICES WARRANTY SET FORTH IN THE SERVICE/COLLISION/REPAIR AUTHORIZATION/INPUT CARD BETWEEN RUSH AND CUSTOMER, RUSH EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, AND RUSH NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH ANY SERVICES PROVIDED OR ANY PRODUCTS PROVIDED TO CUSTOMER IN CONNJUNCTION WITH THE SERVICES.

SALES REP

| CUSTOMER-PO | REFERENCE | MAIN-NUMBER | CUSTOMER-ADVISOR |
|---|---|---|---|
| DS334536 | 10729923 | 888-977-2787 | 6943-Francisco Gonzales |

| | |
|---|---|
| LABOR SUBTOTAL.: | 1200.00 |
| PARTS SUBTOTAL: | 3642.16 |
| MISC SUBTOTAL.: | 0.00 |
| EPA FEE SUBTOTAL.: | 4.00 |
| SHOP SUPPLIES FEE..: | 120.00 |
| MACHINE CHARGE..: | 25.00 |
| JOB SUBTOTAL..: | 4991.16 |

Employee(s) on above job : C0002292,

Job 4 REINSTALL DRIVE SHAFT.

Install drive line.
Sales Qty UOM  Item number    Item description    CORE  Unit rate    Per    Extension

| | |
|---|---|
| LABOR SUBTOTAL: | 72.00 |
| PARTS SUBTOTAL: | 0.00 |
| MISC SUBTOTAL.: | 0.00 |
| EPA FEE SUBTOTAL.: | 4.00 |
| SHOP SUPPLIES FEE..: | 7.20 |
| MACHINE CHARGE..: | 0.00 |
| JOB SUBTOTAL..: | 83.20 |

Employee(s) on above job : 00002292,

Job 44 CORES

CORES                                              CORE  Unit rate    Per    Extension
                                                   RET   1995.00- EA          1995.00-
Sales Qty UOM  Item number    Item description
  - 1.000 EA   2071591D-C1:CX  FILTER, PARTICULATE-CORE

| | |
|---|---|
| LABOR SUBTOTAL: | 0.00 |
| PARTS SUBTOTAL: | 1995.00 CR |
| MISC SUBTOTAL.: | 0.00 |
| EPA FEE SUBTOTAL.: | 0.00 |
| SHOP SUPPLIES FEE..: | 0.00 |
| MACHINE CHARGE..: | 0.00 |
| JOB SUBTOTAL..: | 1995.00 CR |

Employee(s) on above job :

| SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|
| | | | CONTINUED |

This invoice contains an itemized list of repairs and is part of, and subject to, the terms of the Service/Collision Repair Authorization Input Card prepared by Rush for Customer (if Terms). Customer confirms its agreement to the Terms by its signature on the Terms, its signature on this invoice, or by authorizing payment of this invoice.

TERMS
Pay Immediately
w/o deduction

Customer or Customer's Agent X _____

0D567 - L31



RUSH TRUCK CENTER, AUSTIN - S049
16870 S. IH-35
BUDA  TX 78610-3523 US
803-243-6241

*** www.rushtruckleasing.com ***
*** www.rushtruckcenters.com ***

INVOICE DATE
08/26/2016 18:11:39CST
INVOICE NUMBER/ACCT DOC NUMBER
3003690348
CUSTOMER NO.        BRANCH
275341              1005
PAGE:3 of 34

MSC/NORTH AMERICAN VAN 7F79
C/O PACCAR PARTS FLT SR
SOLD  P.O. Box : 10922
TO :  SHAWNEE MISSION KS 66225-9022
      US

**Service Invoice**

RUSH TRUCK CENTER, AUSTIN
16870 S. IH-35
SHIP  BUDA  TX 78610-3523 US
TO :  803-243-6241

| CUSTOMER-PO | REFERENCE | MAIN-NUMBER | CUSTOMER-ADVISOR | SALES REP |
|---|---|---|---|---|
| DS334536 | 10729923 | 888-977-2787 | 6943-Francisco Gonzales | |

REMIT TO:
MULTI SERVICE CORPORATION
C/O PACCAR PARTS FLEET SERVICE
P.O. Box 10922
SHAWNEE MISSION KS 66225-9022

*TOTAL LABOR:        1272.00
*TOTAL PARTS:        1647.16
*TOTAL MISC.:           0.00
*TOTAL EPA..:           8.00
*TOTAL SHOP.:         127.20
*TOTAL MACHINE:        25.00

SERVICE GATE CHARGE AUTHORIZATION: 543343
SERVICE GATE CHARGE REFERENCE:     4758377111
CARD NUMBER:                       XXXXXXXXXXXX9067

| SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|
| | | | CONTINUED |

This invoice contains an itemized list of repairs and
is part of, and subject to, the terms of the
Service/Collision Repair Authorization (part Card
prepared by Rush for Customer (#Terms").
Customer confirms its agreement to the Terms by
its signature on the Terms, its signature on this
invoice, or by authorizing payment of this invoice.

TERMS
Pay immediately
w/o deduction

Customer or Customer's Agent X _____

Case: 2:17-cv-00487-MHW-CMV Doc #: 1-1 Filed: 06/07/17 Page: 30 of 46 PAGEID #: 35
Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047
0D567 - L32



RUSH TRUCK CENTER, AUSTIN - S049
16870 S. IH-35
BUDA  TX 78619-3523 US
888-243-6241

*** www.rushtruckleasing.com ***
*** www.rushtruckcenters.com ***

p.2 1
INVOICE DATE
08/26/2016 10:11:39CST
INVOICE NUMBER/ACCT DOC NUMBER
3003690348
CUSTOMER NO.          BRANCH
273042               1005
PAGE:4 of 04

| | | | Service Invoice | SHIP TO : | RUSH TRUCK CENTER, AUSTIN 16870 S. IH-35 BUDA  TX 78619-3523 US 888-243-6241 |

MSC/NORTH AMERICAN VAN 7E79
C/O PACCAR PARTS FLT SR
SOLD   P.O. Box  : 10922
TO :  SHAWNEE MISSION KS 66225-9022
US

ANY WARRANTIES ON THE PRODUCTS PROVIDED BY RUSH ARE SOLELY THOSE MADE BY THE PRODUCT MANUFACTURER. EXCEPT FOR THE LIMITED SERVICES WARRANTY SET FORTH IN THE SERVICE/COLLISION REPAIR AUTHORIZATION INPUT CARD BETWEEN RUSH AND CUSTOMER, RUSH EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, AND RUSH NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH ANY SERVICES PROVIDED OR ANY PRODUCTS PROVIDED TO CUSTOMER IN CONNECTION WITH THE OTHER SERVICES.

| | | | | SALES REP |
|---|---|---|---|---|

| CUSTOMER-PO | REFERENCE | MAIN-NUMBER | CUSTOMER-ADVISOR | |
|---|---|---|---|---|
| DS334536 | 15728923 | 888-977-2787 | 6943-Francisco Gonzales | |

| SUBTOTAL | TAX STATUS/STATE | | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| 5079.36 | TX-TX.0T.0.TX | | 149.09 | 3228.45 |

This invoice contains an itemized list of repairs and is part of, and subject to, the terms of the Service/Collision Repair Authorization Input Card prepared by Rush for Customer (#Terms#). Customer confirms its agreement to the Terms by its signature on the Terms, its signature on this invoice, or by authorizing payment of this invoice.

TERMS
Pay immediately
w/o deduction

Customer or Customer's Agent X _____

Case: 2:17-cv-00487-MHW-CMV Doc #: 1-1 Filed: 06/07/17 Page: 31 of 46 PAGEID #: 36
Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047
0D567 - L33



**SHREVEPORT TRUCK CENTER**
7300 GREENWOOD RD
SHREVEPORT, LA 71119
(318) 938-9955  Fax: (318) 938-7070

**Texas:** Abilene, Bryan, San Angelo, Texarkana, Temple, Tyler, Waco, Wichita Falls
**New Mexico:** Albuquerque, Farmington
**Louisiana:** Shreveport

Page 1 of 4

**LONESTAR**
TRUCK GROUP

SERVICE INVOICE

| SERVICE INVOICE |
| --- |
| SS540065918:01 |

| Bill-To Customer | 9602 |
| --- | --- |
| CUMMINS WARRANTY |
| , TX 79602 |

| Owner | RAWBD |
| --- | --- |
| NORTH AMERICAN VAN LINES ROAD |
| SERVICE/PAPER |
| PINNACLE |
| 5001 US HIGHWAY 30, WEST |
| FORT WAYNE, IN 46818 |

V.I.N. 1FUJGEBG6DLBL7368
Customer Fleet ID 230101

| P.O. Number / Auth# |
| --- |
| 30634 |

| Invoice Date |
| --- |
| 02/06/2017 |

| Pinnacle / CBS# | | | Year | 13 |
| --- | --- | --- | --- | --- |
| Vehicle Unit ID # | DLBL7368 | Inv Limit | Make | FTL |
| | 0 | 0.00 | Model | CASCADIA |

| Date In | Mileage | Billing | Terms | Writer | Reviewer | Date In Service | Phone# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/05/2017 | 270,559 | SWC | ZERO | 5000716 | 5000716 | 05/09/2013 | (800) 348-3732 |

*EXPRESS CHASSIS ELECTRICAL COMPLAINT

2

Claim Number

| Condition | C/A CEL ON. LOSS OF POWER |
| --- | --- |
| Cause | CONTROL# 13217484 |
| Correction | CHECKED FAULT CODES AND FOUND CODE 115 ACTIVE INTAKE MANIFOLD PRESSURE LOW. CHECKED UNIT AND FOUND INTAKE MANIFOLD BOLT MISSING AND LEAKING BOOST PRESSURE. EGR VALVE WILL NEED TO BE REMOVED AND CLEANED, DELTA P VALVE AND PORTS WILL NEED TO BE CLEANED. INTAKE MANIFOLD PRESSURE SENSOR AND EGR PRESSURE SENSOR WILL NEED TO BE REMOVED AND CLEANED. FOUND CODE 778 CURRENT AND INACTIVE ENGINE CAMSHAFT SPEED SENSOR ERRATIC. SENSOR AND HARNESS WILL NEED TO BE CHECKED AND POSSIBLE SENSOR NEEDS TO BE REPLACED. GEAR TRAIN MAY NEED TO BE CHECKED FOR POSSIBLE DAMAGE. CHECKED VOLTAGE AT CAM SPEED SENSOR. HAD 5.0 VOLTS, WHICH WAS WITHIN SPECIFICATION. RECOMMEND CLEANING ALL INTAKE SENSORS AND EXHAUST SENSORS. REPLACING EGR VALVE. INSTALLING BOLT IN INTAKE MANIFOLD. A MANUAL REGEN WILL NEED TO BE PERFORMED TO IDENTIFY ANY FURTHER FAILURES. REMOVED FRONT AIR FILTER HOUSING AND EGR CROSSOVER TUBE. REMOVED AIR COMPRESSOR AIR LINES. REMOVED FRONT BUMPER AND DRAINED COOLANT. REMOVED INTAKE MANIFOLD AND EGR VALVE AND RELATED PIPING. CLEANED INTAKE MANIFOLD. REPAIRED THREADS IN CYLINDER HEAD TO INSTALL INTAKE MANIFOLD. CLEANED ALL EGR RELATED PORTS AND SENSORS. INSTALLED NEW EGR VALVE AND INSTALLED INTAKE MANIFOLD. AWAITING CAMSHAFT POSITION SENSOR AND EGR PRESSURE SENSOR. INSTALLED CAM POSITION SENSOR AND EGR PRESSURE SENSOR. ASSEMBLED UNIT AND STARTED UNIT. UNIT HAD A MISS STILL AND DIED. DISCONNECTED EXHAUST SYSTEM AND UNIT STARTED AGAIN. SMOKING EXTREMELY BADLY. POSSIBLE CAUSES ARE OVER FUELING INJECTORS. ALL SENSORS WERE READING CORRECTLY AND FUEL PRESSURE WAS NORMAL. RECOMMEND ISOLATING INJECTORS TO TRY AND IDENTIFY FAILED INJECTORS. ALSO THERE IS A GOOD POSSIBILITY THERE WILL BE DPF DAMAGED OR CLOGGING. WE CAN EITHER DROP AND INSPECT THE DPF OR WAIT UNTIL AFTER OVERFUELING PROBLEM HAS BEEN RESOLVED AND PERFORM A MANUAL REGEN TO SEE IF ANY PROBLEMS ARISE. |

| Qty | Item | Description | Price | Extended |
| --- | --- | --- | --- | --- |
| | | Labor to perform repairs | | 5,940.00 |
| 1 | 540C/4928594 | SENSOR,PRESSURE | 103.42 | 103.42 |
| 6 | 540C/2881758 | KIT,ENGINE PISTON | 612.81 | 3,676.86 |
| 6 | 540C/4309389 | KIT,LINER | 153.00 | 918.00 |
| 6 | 540C/4089405 | SET,ROD BEARING (STD) | 58.88 | 353.28 |
| 1 | 540C/4026684 | GASKET,OIL PAN | 173.98 | 173.98 |
| 1 | 540C/3678756 | SEAL,O RING | 6.69 | 6.69 |
| 1 | 540C/4965487 | CORE,COOLER | 333.73 | 333.73 |
| 2 | 540C/4973532 | GASKET,OIL COOLER CORE | 6.51 | 13.02 |
| 1 | 540C/3609755 | GASKET,LUB OIL CLR HSG | 87.61 | 87.61 |
| 1 | 540C/3820320 | PLUNGER,BYPASS VALVE | 7.44 | 7.44 |

Jeld: 6309158

Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047

0D567 - L34



**SHREVEPORT TRUCK CENTER**
7300 GREENWOOD RD
SHREVEPORT, LA 71119
(318) 938-9955  Fax: (318) 938-7070

**Texas:** Abilene, Bryan, San Angelo, Texarkana, Temple, Tyler, Waco, Wichita Falls
**New Mexico:** Albuquerque, Farmington
**Louisiana:** Shreveport

Page 2 of 4

**LONESTAR TRUCK GROUP**

### SERVICE INVOICE

**SERVICE INVOICE**
SS540065918:01

| Qty | Part | Description | | |
|---|---|---|---|---|
| | | | 46.85 | 46.85 |
| 1 | 540V/FG LF14000NN | LUBE FILTER NANO NET | 4,642.25 | 4,642.25 |
| 1 | 540C/4386009RX | HEAD,CYLINDER | 1,035.75 | 1,035.75 |
| 1 | 540C/4376104 | KIT,UPPER ENGINE GASKET | 1,726.25 | 1,726.25 |
| 1 | 540C/4298628 | CAMSHAFT | 928.45 | 1,856.90 |
| 2 | 540C/2872405PX | INJECTOR, XPI | 2.61 | 10.44 |
| 4 | 540C/3347939 | SEAL,O RING | 67.89 | 135.78 |
| 2 | 540C/2894829 | CONNECTOR,INJ FUEL SUPP | 3.16 | 6.32 |
| 2 | 540C/2872717 | SEAL,INJECTOR | 11.89 | 71.34 |
| 6 | 540C/3687058 | NOZZLE,PISTON COOLING | 52.48 | 52.48 |
| 1 | 540V/FG FF5776 | FUEL FILTER | 55.19 | 55.19 |
| 1 | 540C/4386047 | LEVER,ROCKER | 19.14 | 19.14 |
| 1 | 540C/4059329 | CROSSHEAD,VALVE | 12.19 | 12.19 |
| 1 | 540C/3957290 | VALVE,CHECK | 9.95 | 9.95 |
| 1 | 540C/3688113 | PLUG,GEAR COVER | 17.65 | 17.65 |
| 1 | 540C/3688839 | CLAMP,T BOLT | 0.60 | 0.60 |
| 1 | 540X/T25233 | 1/4-28 GR.8 NUT | 3.38 | 3.38 |
| 1 | 540C/5292266 | ISOLATOR,THERMAL | 11.25 | 22.50 |
| 2 | 540S/OWI 23519396 | EXTENDED LIFE RED MIX 50( | 687.50 | -687.50 |
| -1 | 540C/4386009RX-CORE | HEAD,CYLINDER | 312.50 | -625.00 |
| -2 | 540C/2872405PX-CORE | INJECTOR, XPI | | |
| | | | 687.50 | 687.50 |
| 1 | 540C/4386009RX-CORE | HEAD,CYLINDER | 312.50 | 625.00 |
| 2 | 540C/2872405PX-CORE | INJECTOR, XPI | | |

Total Labor: 5,940.00          Total Parts/Other: 15,378.97          Operation Total: 21,318.97

Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047
0D567 - L35



SHREVEPORT TRUCK CENTER
7300 GREENWOOD RD
SHREVEPORT, LA 71119
(318) 938-9955  Fax: (318) 938-7070

**Texas:** Abilene, Bryan, San Angelo, Texarkana, Temple, Tyler, Waco, Wichita Falls
**New Mexico:** Albuquerque, Farmington
**Louisiana:** Shreveport

Page 3 of 4

LONESTAR
TRUCK GROUP

SERVICE INVOICE

SERVICE INVOICE
SS540065918:01

*CUMMINS ENGINE COMPLAINT

5
Claim Number

**Condition** | NEED APPROVAL FOR ADDITIONAL 3 HOURS TROUBLESHOOTING

**Cause** |

**Correction** | ATTEMPTED TO ISOLATE MISIFIRNG INJECTOR. WAS UNABLE TO ISOLATE. REMOVED VALVE COVER AND INSPECTED OVERHEAD. FOUND @3 INTAKE BRIDGE BROKEN. CHECKED OVERHEAD AND FOUND VALVES NOT CORRESPONDING WITH TIMING MARK. CHECKED ENGINE BASE TIMING AND FOUND CAMSHAFT OUT OF TIME. CHECKED ENGINE HISTORY AND FOUND ENGINE OVERSPEED CONDITION. MAX RPM WAS 5785 RPM. CAMSHAFT AND CAM GEAR WILL NEED TO BE REPLACED. ALL ROCKER ARMS AND SHAFTS WILL NEED TO BE INSPECTED FOR DAMAGE. ALL MAIN BEARING AND ROD BEARINGS WILL NEED TO BE INSPECTED. COMPLETE GEAR TRAIN WILL NEED TO BE INSPECTED FOR DAMAGE. WILL NOT FULL EXTEND OF DAMAGE UNTIL ENGINE DIS ASSEMBLED AND ALL COMPONENTS INSPECTED. CONTACTED CUMMINS. WAS ADVISED TO TAKE PICTURES OF FAULT CODES AND DAMAGE. SEND IN PICTURES, SEND IN ECM IMAGE. REMOVE INJECTORS ONE AT A TIME AND INSPECT FOR BLOWN OFF TIPS AND BORE SCOPE CYLINDERS FOR SIGNS OF DAMAGE. THEN AIR EACH CYLINDER UP AND CHECK FOR LEAKING CYLINDERS. REMOVE OIL PAN AND INSPECT #1 AND #4 MAINS AND CORRESPONDING CYLINDER RODS. INSPECT OIL PUMP FOR DAMAGE. CUT OPEN OIL FILTER AND INSPECT FOR METAL IN OIL. CALL BACK AND ADVISE. EDS SESSION IS DSBMJ7406. ALL PICTURES HAVE ALREADY BEEN ATTACHED TO EDS SESSION AND ECM IMAGE IS ATTACHED TO ECM IMAGE.
PREPARED TRUCK TO PUSH OUT OF SHOP
00-139 0.3  1 100 0.3 1 100 0.3  Part Photograph/ECM Images/Datalogs to Factory Ser
00-401 0.5  1 100 0.5 1 100 0.5  Steam Clean - Complete Engine
00-714 0.5  1 100 0.5 1 100 0.5  Engine - Diagnostic Road Test
00-724 0.3  1 100 0.3 1 100 0.3  INSITE - Use During Troubleshooting
00-901 0.4  1 100 0.4 1 100 0.4  Administrative Time - Open and Close Repair Order
00-903 0.9  1 44 0.4 1 44 0.4  Engine - Paint
00-906 0.1  1 100 0.1 1 100 0.1  Administrative Time - Open and Close Web-Based Cla
01-046 24.6  1 88 21.6 1 88 21.6  Piston and Liner - Remove and Install, First
01-131 0.4  2 100 0.8 2 100 0.8  Bearings, Main and Thrust - Remove and Install, Ea
01-151 0.9  5 100 4.5 5 100 4.5  Piston and Liner - Remove and Install, Each Additi
05-189 1.0  1 100 1.0 1 100 1.0  Fuel Pump Gear Pump Module - Remove and Install (C
05-804 0.2  1 100 0.2 1 100 0.2  Fuel Pump - Gear Pump Pressure and Fuel Filter Res
06-447 0.2  1 100 0.2 1 100 0.2  Fuel Drain Flow - Measure
06-704 1.8  1 100 1.8 1 100 1.8  Injector - Isolation Test, All
07-001 0.2  1 100 0.2 1 100 0.2  Oil Filter - Cut Open and Inspect Spin on Type
07-065 0.2  1 100 0.2 1 100 0.2  Lubricating Oil Cooler Element - Remove and Instal
07-553 8.0  1 100 8.0 1 100 8.0  Lubricating Oil Cooler Assembly - Remove and Insta
11-039 1.0  1 100 1.0 1 100 1.0  Aftertreatment Stationary Regeneration
17-006 0.4  1 100 0.4 1 100 0.4  Wheel and Tire Single Assembly - Remove and Instal
17-103 1.0  1 100 1.0 1 100 1.0  Air Conditioner System - Evacuate and Recharge
190-6040A 0.3  1 100 0.3 1 100 0.3  Air Cleaner Assy R / R - DTNA
266-6010A 4.5  1 100 4.5 1 100 4.5  Radiator R / R with CAC - DTNA
828-6025A 0.5  1 100 0.5 1 100 0.5  Cowl tray (rain tray) - DTNA
556-6017B 0.9  1 100 0.9 1 100 0.9  FASCIA OR CHROME CENTER, FRONT BUMPER, R/R

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
| | | Labor to perform repairs | | 0.00 |

Total Labor: 0.00          Total Parts/Other:          Operation Total:

Jald: 5309158

0D567 - L36



**SHREVEPORT TRUCK CENTER**
7300 GREENWOOD RD
SHREVEPORT, LA 71119
(318) 938-9955  Fax: (318) 938-7070

**LONESTAR**
TRUCK GROUP

*Texas:* Abilene, Bryan, San Angelo, Texarkana, Temple, Tyler, Waco, Wichita Falls
*New Mexico:* Albuquerque, Farmington
*Louisiana:* Shreveport

Page 4 of 4

**SERVICE INVOICE**

**SERVICE INVOICE**
SS540065918:01

---

| | |
|---|---|
| Parts | 15,378.97 |
| Labor: | 5,940.00 |
| Sublet: | 0.00 |
| Misc. | 0.00 |
| SubTotal: | 21,318.97 |
| Misc Supplies | 0.00 |
| Taxes: | 0.00 |
| **Total:** | **21,318.97** |

**THANK YOU FOR YOUR BUSINESS**
New direct service phone number: 318-938-1041

TERMS AND CONDITIONS OF SALE AND DISCLAIMER OF WARRANTIES

1. Disclaimer for Labor. Seller disclaims all warranties, either express or implied, for labor performed in the repair of Owner's vehicle; however, notwithstanding the foregoing, Seller shall warranty its labor for a period of ninety (90) days next following the date of such repair.

2. Disclaimer for Parts. Any warranties on the product sold hereby are those made by the manufacturer. Seller disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the parts.

3. Parts Return Policy. Special order electrical parts require a deposit and are not returnable. All returnable parts are subject to the manufacturer's warranty and a fifteen percent (15%) restocking charge. All claims for returned parts must be accompanied by the purchase invoice. No refund after 30 days. Seller is not responsible for labor on parts not installed by in Seller's shop . We hereby certify that all parts were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the administrator of wage and hour division issued under section 14 thereof.

4. Terms. Strictly cash unless arrangements made. Open account terms: Net 10th prox. All invoices remaining unpaid 30 days from the date of statement they appear on are subject to late charge of 1-1/2% per month.

5. Mechanic's Lien Notice. Failure to pay invoice places any vehicles worked on subject to repossession under §9.609, Texas Business and Commerce Code.

Customer Signature: _____      Print: _____

E-mail: _____

Jeld: 530915B

0D567 - L37

**LONESTAR TRUCK GROUP**

SHREVEPORT TRUCK CENTER
7300 GREENWOOD RD
SHREVEPORT, LA 71119
(318) 938-9955  Fax: (318) 938-7070

| | |
|---|---|
| *Texas:* | Abilene, Bryan, San Angelo, Texarkana, Temple, Tyler, Waco, Wichita Falls |
| *New Mexico:* | Albuquerque, Farmington |
| *Louisiana:* | Shreveport |

Page 1 of 3

**SERVICE INVOICE**

SERVICE INVOICE
SS540065918:02

| | |
|---|---|
| *Bill-To Customer* | LA |
| NORTH AMERICAN VAN LINES ROAD | |
| SERVICE/PAPER | |
| SHREVEPORT, LA 71119 | |

| | |
|---|---|
| Owner | LA |
| NORTH AMERICAN VAN LINES ROAD | |
| SERVICE/PAPER | |
| SHREVEPORT, LA 71119 | |

V.I.N.  1FUJGEBG6DLBL7368
Customer Fleet ID   230101

**P.O. Number / Auth#**
230101

**Invoice Date**
02/10/2017

| | |
|---|---|
| Pinnacle / CBS# | |
| Vehicle Unit ID # | DLBL7368 |
| | 0 |

| | |
|---|---|
| Inv Limit | |
| 0.00 | |

| | |
|---|---|
| Year | 13 |
| Make | FTL |
| Model | CASCADIA |

| Date In | Mileage | Billing | Terms | Writer | Reviewer | Date In Service | Phone# |
|---|---|---|---|---|---|---|---|
| 01/05/2017 | 270,559 | SCH | COD | 5401341 | 5401341 | 05/09/2013 | (610) 662-2381 |

**1**

*FREE COURTESY INSPECTION

Claim Number

| Condition | *FREE COURTESY INSPECTION 20281 |
|---|---|
| Cause | |
| Correction | |

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
| | | Labor to perform repairs | | 0.00 |

Total Labor: 0.00        Total Parts/Other: 0.00        Operation Total: 0.00

**3**

*QUALITY CHECK AND TEST DRIVE

Claim Number

| Condition | *QUALITY CHECK AND TEST DRIVE |
|---|---|
| Cause | |
| Correction | PERFORMED QC AND TEST DRIVE, ALL GOOD. |

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
| | | Labor to perform repairs | | 67.50 |

Total Labor: 67.50        Total Parts/Other: 0.00        Operation Total: 67.50

**4**

*INSTALL DRIVELINE AND/OR CHECK DRIVELINE

Claim Number

| Condition | DRIVELINE COMPLAINT |
|---|---|
| Cause | |
| Correction | INSTALLED DRIVELINE. |

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
| | | Labor to perform repairs | | 67.50 |

Jeld; 5381500



**SHREVEPORT TRUCK CENTER**
7300 GREENWOOD RD
SHREVEPORT, LA 71119
(318) 938-9955  Fax: (318) 938-7070

| Texas: | Abilene, Bryan, San Angelo, Texarkana, Temple, Tyler, Waco, Wichita Falls |
| New Mexico: | Albuquerque, Farmington |
| Louisiana: | Shreveport |

Page 2 of 3

**LONESTAR TRUCK GROUP**

### SERVICE INVOICE

**SERVICE INVOICE**

**SS540065918:02**

| Total Labor: 67.50 | Total Parts/Other: 0.00 | Operation Total: 67.50 |
|---|---|---|

**6**          *PERFORM DYNO

Claim Number

| Condition | *PERFORM DYNO |
| Cause | |
| Correction | PERFORMED DYNO , ALL GOOD. |

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
| | | Labor to perform repairs | | 250.00 |

| Total Labor: 250.00 | Total Parts/Other: 0.00 | Operation Total: 250.00 |
|---|---|---|

**7**          PARTS, LABOR AND FREIGHT NOT COVERED UNDER WARRANTY

Claim Number

| Condition | PARTS, LABOR AND FREIGHT NOT COVERED UNDER WARRANTY |
| Cause | |
| Correction | |

| Qty | Item | Description | Price | Extended |
|---|---|---|---|---|
| | | Labor to perform repairs | | 1,080.00 |
| 1 | 540F/12-15354-000 | DRAIN VALVE-MANUAL PULL | 12.74 | 12.74 |
| 1 | 540C/3903112 | SCREW,HEX FLANGE HEAD | 4.81 | 4.81 |
| 1 | 540C/3688347 | GASKET,INTAKE MANIFOLD | 46.25 | 46.25 |
| 1 | 540C/4352302NX | KIT,EGR VALVE | 1,255.69 | 1,255.69 |
| 1 | 540C/2872277 | SENSOR,POSITION | 25.21 | 25.21 |
| 1 | 540C/2872279 | SENSOR,POSITION | 24.61 | 24.61 |
| -1 | 540C/4352302NX-CORE | KIT,EGR VALVE | 156.25 | -156.25 |
| 12 | 540S/PIC 4520 | NON-CLOR BRAKE CLNR | 4.90 | 58.80 |
| 1 | 540L/LBF LAF6260 | AIR FILTER | 84.70 | 84.70 |
| 2 | 540S/ACA 07447 | S/B 7447 GENL PURP | 1.98 | 3.96 |
| 2 | 540K/1U5617 | DISC | 4.36 | 8.72 |
| 1 | 540K/1U5516 | DISC | 2.63 | 2.63 |
| 1 | 540S/PEX 81950 | ULTRA SLICK ENGINE | 4.33 | 4.33 |
| 1 | 540C/4352302NX-CORE | KIT,EGR VALVE | 156.26 | 156.25 |
| 1 | FRT | FREIGHT | 80.00 | 80.00 |
| 1 | frt | FREIGHT/on clamp | 25.00 | 25.00 |
| 1 | FRT | FREIGHT FOR GEAR PLUG | 25.00 | 25.00 |

| Total Labor: 1,080.00 | Total Parts/Other: 1,642.45 | Operation Total: 2,722.45 |
|---|---|---|

Jeld: 5301500

Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047

0D567 - L39



**SHREVEPORT TRUCK CENTER**
7300 GREENWOOD RD
SHREVEPORT, LA 71119
(318) 938-9955  Fax: (318) 938-7070

**Texas:** Abilene, Bryan, San Angelo, Texarkana, Temple, Tyler, Waco, Wichita Falls
**New Mexico:** Albuquerque, Farmington
**Louisiana:** Shreveport

Page 3 of 3

**LONESTAR**
TRUCK GROUP

SERVICE INVOICE

| SERVICE INVOICE |
| --- |
| SS540065918:02 |

8

*TOW / WRECKER

Claim Number

| Condition | *TOW / WRECKER |
| Cause | |
| Correction | |

| Qty | Item | Description | Price | Extended |
| --- | --- | --- | --- | --- |
| | | Labor to perform repairs | | 0.00 |

Total Labor: 0.00          Total Parts/Other: 0.00          Operation Total: 0.00

Pd Check # 77773395
Auth # 0413795
For $ 1532.56

Check # 77773395
Auth # 0414595
For $ 2000.00

2/14/
Chon

| | THANK YOU FOR YOUR BUSINESS | Parts | 1,532.45 |
| | New direct service phone number: 318-938-1041 | Labor: | 1,465.00 |
| | | Sublet: | 0.00 |
| | | Misc | 110.00 |
| | | SubTotal: | 3,107.45 |
| | | Misc Supplies | 143.57 |
| | | Taxes: | 301.54 |
| | | Total: | 3,552.56 |

TERMS AND CONDITIONS OF SALE AND DISCLAIMER OF WARRANTIES.

1. Disclaimer for Labor. Seller disclaims all warranties, either express or implied, for labor performed in the repair of Owner's vehicle; however, notwithstanding the foregoing, Seller shall warranty its labor for a period of ninety (90) days next following the date of such repair.
2. Disclaimer for Parts. Any warranties on the product sold hereby are those made by the manufacturer. Seller disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the parts.
3. Parts Return Policy. Special order electrical parts require a deposit and are not returnable. All returnable parts are subject to the manufacturer's warranty and a fifteen percent (15%) restocking charge. All claims for returned parts must be accompanied by the purchase invoice. No refund after 30 days. Seller is not responsible for labor on parts not installed by in Seller's shop. We hereby certify that all parts were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and or regulations and orders of the administrator of wage and hour division issued under section 14 thereof.
4. Terms. Strictly cash unless arrangements made. Open account terms: Net 10th prox. All invoices remaining unpaid 30 days from the date of statement they appear on are subject to late charge of 1-1/2% per month.
5. Mechanic's Lien Notice. Failure to pay invoice places any vehicles worked on subject to repossession under 69.609, Texas Business and Commerce Code.

Customer Signature: _____          Print: _____

E-mail: _____

Jeld: 5381500

Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 May 02 3:52 PM-17CV004047
0D567 - L41

## MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

### GUY L REECE, II

CASE TITLE:  LARRY HARGIS -VS- CUMMINS INC ET AL                 CASE NUMBER: 17CV004047

## CLERK'S ORIGINAL CASE SCHEDULE

|  | LATEST TIME OF OCCURRENCE |
|---|---|
| CASE FILED | 05/02/17 |
| INITIAL STATUS CONFERENCE | ******** |
| INITIAL JOINT DISCLOSURE OF ALL WITNESSES | 09/19/17 |
| SUPPLEMENTAL JOINT DISCLOSURE OF ALL WITNESSES | 11/14/17 |
| TRIAL CONFIRMATION DATE | 11/28/17 |
| DISPOSITIVE MOTIONS | 02/06/18 |
| DISCOVERY CUT-OFF | 02/20/18 |
| DECISIONS ON MOTIONS | 04/03/18 |
| FINAL PRE-TRIAL CONFERENCE/ORDER (OR BOTH) | ******** |
| TRIAL ASSIGNMENT | 05/14/18 0900AM |

## MARYELLEN O'SHAUGHNESSY

### FRANKLIN COUNTY CLERK OF COURTS
### GENERAL DIVISION, COURT OF COMMON PLEAS

**CASE TITLE: LARRY HARGIS -VS- CUMMINS INC ET AL**                **CASE NUMBER: 17CV004047**

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT COMPLAINT AND JURY DEMAND

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
DAIMLER TRUCKS NORTH AMERICA LLC
C/O CT CORPORATION SYSTEM
1300 EAST NINTH STREET
CLEVELAND, OH  44114

CUMMINS INC
C/O CORPORATION SERVICE
50 W BROAD ST STE 1330
COLUMBUS, OH  43215

---

JUVENILE CITATIONS ONLY:

   HEARING TYPE:

    _ Date already scheduled at  :  Courtroom:

---

**Electronically Requested by:**  ELIZABETH AHERN WELLS
**Attorney for:**

E2730 - N10



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

LARRY HARGIS
3116 NE MAYFLOWER
LAWTON, OK 73507,

PLAINTIFF,
VS.

CUMMINS INC
C/O CORPORATION SERVICE
50 W BROAD ST STE 1330
COLUMBUS, OH 43215,

DEFENDANT.

17CV-05-4047

**CASE NUMBER**

**** SUMMONS ****        05/02/17

TO THE FOLLOWING NAMED DEFENDANT:
         DAIMLER TRUCKS NORTH AMERICA LLC
         C/O CT CORPORATION SYSTEM
         1300 EAST NINTH STREET
         CLEVELAND, OH 44114

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:    LARRY HARGIS
       3116 NE MAYFLOWER
       LAWTON, OK 73507,

                                        PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
         ELIZABETH A. WELLS
         BURDGE LAW
         2299 MIAMISBURG CENTERVIL
         DAYTON, OH 45459

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY:   JOYCE A. BEAUMAN, DEPUTY CLERK

E2730 - N11



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

LARRY HARGIS
3116 NE MAYFLOWER
LAWTON, OK 73507,

PLAINTIFF,

VS.

CUMMINS INC
C/O CORPORATION SERVICE
50 W BROAD ST STE 1330
COLUMBUS, OH 43215,

DEFENDANT.

17CV-05-4047

**CASE NUMBER**

**** SUMMONS ****          05/02/17

TO THE FOLLOWING NAMED DEFENDANT:
    CUMMINS INC
    C/O CORPORATION SERVICE
    50 W BROAD ST STE 1330
    COLUMBUS, OH 43215

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:    LARRY HARGIS
       3116 NE MAYFLOWER
       LAWTON, OK 73507,

                                        PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
       ELIZABETH A. WELLS
       BURDGE LAW
       2299 MIAMISBURG CENTERVIL
       DAYTON, OH 45459

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY:  JOYCE A. BEADMAN, DEPUTY CLERK

(CIV370-S03)

E2730 - P96



FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579


C E R T I F I E D
M A I L
R E C E I P T

05/03/17

CUMMINS INC
C/O CORPORATION SERVI
50 W BROAD ST STE 133
COLUMBUS, OH
         43215


17CV-05-4047   H

LARRY HARGIS
     VS
CUMMINS INC


SERVICE ITEM: 01
  ORIGINAL SUMMONS

      CERTIFIED
       NUMBER

9214890119 522802358847


       CIV354

E2730 - P97

FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

05/03/17

DAIMLER TRUCKS NORTH
C/O CT CORPORATION SY
1300 EAST NINTH STREE
CLEVELAND, OH
          44114

17CV-05-4047   H

LARRY HARGIS
     VS
CUMMINS INC

SERVICE ITEM: 01
  ORIGINAL SUMMONS

CERTIFIED
NUMBER

**9214890119 522802358830**

CIV354


**UNITED STATES**
**POSTAL SERVICE**

E2734 — W91

FILES
COMMON PLEAS COURT
FRANKLIN CO. OHIO

2017 MAY 18 PH 3: 14

CLERK OF COURTS-CV

Date Produced: 05/15/2017

COC.

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2802 3588 47. Our records indicate that this item was delivered on 05/08/2017 at 12:10 p.m. in COLUMBUS, OH 43215. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 4321517CV004047HARG

Case: 2:17-cv-00487-MHW-CMV Doc #: 1-1 Filed: 06/07/17 Page: 45 of 46 PAGEID #: 50
Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 Jun 05 9:23 AM-17CV004047
0D613 - O48

## IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| **LARRY HARGIS,** | ) | |
| | ) | CASE NO.: 17 CV 004047 |
| Plaintiff, | ) | |
| | ) | JUDGE GUY L. REECE II |
| -vs- | ) | |
| | ) | |
| **CUMMINS, INC., ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT TO PLEAD

Pursuant to Local Rule 13.01, Defendant Cummins, Inc. ("Cummins") and Plaintiff Larry Hargis ("Plaintiff") hereby stipulate that Cummins shall have through Wednesday, June 7, 2017 in which to answer, move, or otherwise plead in response to Plaintiff's Complaint. No other extension of time has been sought by Cummins in this matter, and the extension does not exceed twenty-eight (28) days.

Respectfully submitted,

s/ Elizabeth Ahern Wells (per telephone authorization)
Ronald L. Burdge (0015609)
Elizabeth Ahern Wells (0078320)
2299 Miamisburg-Centerville Road
Dayton, Ohio 45459-3817
Telephone: (937) 432-9500
Facsimile: (937) 432-9503
Ron@OhioLemonLaw.com
Beth@OhioLemonLaw.com

*Attorneys for Plaintiff Larry Hargis*

*s/ Marc S. Blubaugh*
Marc S. Blubaugh (0068221)
Kelly E. Mulrane (0088133)
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
41 South High Street, Suite 2600
Columbus, OH 43215-3506
Telephone: (614) 223-9318
Facsimile: (614) 223-9330
mblubaugh@beneschlaw.com
kmulrane@beneschlaw.com

*Attorneys for Defendant Cummins, Inc.*

**10199858 v1**

Case: 2:17-cv-00487-MHW-CMV Doc #: 1-1 Filed: 06/07/17 Page: 46 of 46 PAGEID #: 51
Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 Jun 05 9:23 AM-17CV004047
0D613 - O49

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2017, I electronically filed the foregoing with the Clerk of

Court via the e-Filing system, which will send a notice of electronic filing to the following:

> Ronald L. Burdge
> Elizabeth Ahern Wells
> 2299 Miamisburg-Centerville Road
> Dayton, Ohio 45459-3817
> Ron@OhioLemonLaw.com
> Beth@OhioLemonLaw.com
>
> Daimler Trucks North America, LLC
> c/o CT Corporation System, S/A
> 1300 East Ninth Street
> Cleveland, Ohio 44114

> */s/ Kelly E. Mulrane*
> Kelly E. Mulrane

**10199858 v1**                    2