IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| Larry Hargis, | : | |
| | : | Case No. 17CV-05-4047 |
| Plaintiff, | : | |
| | : | |
| vs. | : | Judge Guy L. Reece II |
| | : | |
| Cummins, Inc., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT CUMMINS, INC.'S NOTICE OF FILING
## REMOVAL NOTICE IN FEDERAL COURT

Defendant Cummins, Inc. ("Cummins") hereby notifies the Court that it has filed a notice removing this action to the United States District Court for the Southern District of Ohio, Eastern Division.  A copy of Cummins' Notice of Removal is attached hereto as **Exhibit 1**.  Pursuant to 28 U.S.C. § 1446(d), no further proceedings may be had in this action unless the removed action is remanded.

Respectfully submitted,

/s/ Marc S. Blubaugh
Marc S. Blubaugh (00682210
Kelly E. Mulrane (0088133)
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street, Suite 2600
Columbus, Ohio  43215
Telephone:  (614) 223-9382
Facsimile:  (614) 223-9330
mblubaugh@beneschlaw.com
kmulrane@beneschlaw.com

*Attorney for Defendant Cummins, Inc.*

EXHIBIT B

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 7, 2017, I electronically filed the following with the Clerk of Court via the e-Filing system, which will send a notice of such filing to counsel of record for the parties to this action.  I further certify that a  true copy of the foregoing was served by first-class U.S. mail, postage prepaid, this 7th day of June, 2017, upon the following:

Ronald L. Burdge
Elizabeth Ahern Wells
2299 Miamisburg-Centerville Road
Dayton, Ohio 45459-3817

Daimler Trucks North America, LLC
c/o CT Corporation System, S/A
1300 East Ninth Street
Cleveland, Ohio 44114

                                              /s/ Marc S. Blubaugh