UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

LARRY HARGIS,                              :              2:17-cv-487
                                           :
                    Plaintiff,             :      Case No. _____
                                           :
        vs.                                :      Judge _____
                                           :
CUMMINS, INC. ET AL.,                      :
                                           :
                    Defendants.            :

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Cummins, Inc.

("Cummins") provides the following statement of corporate disclosure.

Cummins is a publicly-held company that has no parent companies, and no publicly-held

company or investment fund owns a 10% or more interest in it.


                                           Respectfully submitted,

OF COUNSEL:

BENESCH FRIEDLANDER COPLAN &               */s/Marc S. Blubaugh*_____
ARONOFF LLP                                Marc S. Blubaugh (0068221)
                                           41 South High Street, Suite 2600
OF COUNSEL:                                Columbus, Ohio  43215
                                           Telephone:  (614) 223-9382
Kelly E. Mulrane (0088133)                 Facsimile:  (614) 223-9330
41 South High Street, Suite 2600           mblubaugh@beneschlaw.com
Columbus, Ohio  43215
Telephone:  (614) 223-9318
Facsimile:  (614) 223-9330
kmulrane@beneschlaw.com                    *Trial Attorney for Defendant Cummins, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7,  2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record for the parties to this action.  I further certify that a true copy of the foregoing was served by first-class U.S. mail, postage prepaid, this 7th day of June, 2017, upon the following:

> Ronald L. Burdge
> Elizabeth Ahern Wells
> 2299 Miamisburg-Centerville Road
> Dayton, Ohio 45459-3817

> Daimler Trucks North America, LLC
> c/o CT Corporation System, S/A
> 1300 East Ninth Street
> Cleveland, Ohio 44114

> /s/ Marc S.Blubaugh

2